1  Dana N. Gwaltney (SBN 209530)
     dgwaltney@shb.com
2  Sara J. Romano (SBN 227467)
     sromano@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 0053

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD, <br><br> Plaintiffs, <br><br> vs. <br><br> GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. _____ <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16) <br><br> Complaint filed: October 29, 2007 |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

134089V1

The undersigned, counsel of record for Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation certifies that, other than the listed parties, no other parties have a direct, pecuniary interest in the outcome of this case.

DATED: January 4, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Sara J. Romano
DANA N. GWALTNEY
SARA J. ROMANO

Attorneys for Defendants GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC. and BOSTON SCIENTIFIC CORPORATION

2   CERTIFICATION OF INTERESTED ENTITIES AND PERSONS

134089V1