1 | Dana N. Gwaltney (SBN 209530)
   dgwaltney@shb.com
2 | Sara J. Romano (SBN 227467)
   sromano@shb.com
3 | SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4 | San Francisco, California 94104-2828
   Telephone:   415.544.1900
5 | Facsimile:   415.391.0281

6 | Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7 | CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08    0053

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. _____<br><br>DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC., AND BOSTON SCIENTIFIC CORPORATION FILED PURSUANT TO FED. R. CIV. P. 7.1(a)<br><br>Complaint filed: October 29, 2007 |

CORPORATE DISCLOSURE STATEMENT

134088V1

1   Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Guidant Corporation states
2   that, as of April 21, 2006, Guidant Corporation is a wholly-owned subsidiary of Boston Scientific
3   Corporation. Based on currently available information, no publicly-held company or investment
4   fund holds a 10% or greater ownership in Boston Scientific Corporation. Defendant Guidant Sales
5   Corporation is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., which is a wholly-owned
6   subsidiary of Guidant Corporation, which, as noted above, is a wholly-owned subsidiary of Boston
7   Scientific Corporation.

DATED: January 4, 2008                         Respectfully submitted,

                                               SHOOK, HARDY & BACON L.L.P.

                                               By: _____
                                                   DANA N. GWALTNEY
                                                   SARA L. ROMANO

                                               Attorneys for Defendants GUIDANT
                                               CORPORATION, GUIDANT SALES
                                               CORPORATION, CARDIAC PACEMAKERS,
                                               INC. and BOSTON SCIENTIFIC CORPORATION

134088V1