UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate<br>Plaintiff(s),<br><br>v.<br><br>GUIDANT CORPORATION, et al.<br><br>Defendant(s). / | No. C 08-0053-MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 7, 2008

Sara J. Romano

_____
Signature

Counsel for Defendant Guidant Corporation
(Plaintiff, Defendant, or indicate "pro se")

NDC-06