1  Dana N. Gwaltney (SBN 209530)
     dgwaltney@shb.com
2  Sara J. Romano (SBN 227467)
     sromano@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 SETA SAAD and CHRISTIAN E. SAAD,           ) Case No.  C 08-0053-MEJ
   individually and as representatives of the Estate )
13 of RAYMOND SAAD,                           ) CERTIFICATE OF SERVICE
                                              )
14         Plaintiffs,                        ) Complaint filed: October 29, 2007
                                              )
15     vs.                                    )
                                              )
16 GUIDANT CORPORATION; GUIDANT               )
   SALES CORPORATION; CARDIAC                 )
17 PACEMAKERS, INC.; BOSTON SCIENTIFIC        )
   CORPORATION; ASHLEY & MCMULLEN-            )
18 WING SUN MORTUARY, a business entity       )
   form unknown; ASHLEY & MCMULLEN, a         )
19 business entity form unknown; and DOES 1   )
   through 20, inclusive,                     )
20                                            )
           Defendants.                        )
21

22

23

24

25

26

27

28

                                                                    CERTIFICATE OF SERVICE

134288V1

## CERTIFICATE OF SERVICE VIA U.S. MAIL

I, Andrea Moresco, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the United States Postal Service, which is that correspondence for mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of business.

On January 7, 2008, I served the following:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

CASE MANAGEMENT STANDING ORDER, MAGISTRATE JUDGE MARIA-ELENA JAMES;

STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAGISTRATE JUDGE MARIA-ELENA JAMES;

NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM;

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT (BLANK FORM);

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;

ECF REGISTRATION INFORMATION HANDOUT;

FILING / DROPBOX PROCEDURES;

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (BLANK FORM); AND

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (BLANK FORM).

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

Donald S. Edgar
Jeremy R. Fietz
Rex Grady
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

**COUNSEL FOR DEFENDANT CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY:**

Merrilee C. Miller
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Telephone: (415) 348-4150
Facsimile: (800) 914-3772

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 7, 2008.

_____
ANDREA MORESCO

CERTIFICATE OF SERVICE

3

134288V1