1  Dana N. Gwaltney (SBN 209530)
     dgwaltney@shb.com
2  Sara J. Romano (SBN 227467)
     sromano@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION

ORIGINAL FILED
08 JAN -4 AM 11: 58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08 0053  MEJ

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. _____<br><br>NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT<br><br>Complaint filed: October 29, 2007 |

TO THE UNITED STATES DISTRICT COURT AND TO PLAINTIFFS:

    PLEASE TAKE NOTICE that on January 4, 2008, Defendants GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC., and BOSTON SCIENTIFIC CORPORATION filed a Notice in the Superior Court of the State of California for the County of San Francisco, informing the Superior Court that Defendants have removed this action from San Francisco Superior Court to the United States District Court for the Northern District of California.

DATED: January 4, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: *Sara P. Romano*
DANA N. GWALTNEY
SARA J. ROMANO

Attorneys for Defendants GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC. and BOSTON SCIENTIFIC CORPORATION

2    NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT

134080V1