1  Dana N. Gwaltney (SBN 209530)
     dgwaltney@shb.com
2  Sara J. Romano (SBN 227467)
     sromano@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION
8

   *ORIGINAL FILED*
   *08 JAN -4 AM 11:58*
   *RICHARD W. WIEKING*
   *CLERK, U.S. DISTRICT COURT*
   *NORTHERN DISTRICT OF CALIFORNIA*

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA

   *MEJ*

11

12  SETA SAAD and CHRISTIAN E. SAAD,           )  Case No. CV 08-0053
    individually and as representatives of the Estate  )
13  of RAYMOND SAAD,                           )  CERTIFICATE OF SERVICE
                                               )
14                    Plaintiffs,              )  Complaint filed: October 29, 2007
                                               )
15       vs.                                   )
                                               )
16  GUIDANT CORPORATION; GUIDANT               )
    SALES CORPORATION; CARDIAC                 )
17  PACEMAKERS, INC.; BOSTON SCIENTIFIC        )
    CORPORATION; ASHLEY & MCMULLEN-            )
18  WING SUN MORTUARY, a business entity       )
    form unknown; ASHLEY & MCMULLEN, a         )
19  business entity form unknown; and DOES 1   )
    through 20, inclusive,                     )
20                                             )
                      Defendants.              )
21

22
23
24
25
26
27
28

                                                          CERTIFICATE OF SERVICE

134086V1

## CERTIFICATE OF SERVICE VIA HAND DELIVERY

I, Andrea Moresco, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for hand delivery of documents, which is that correspondence for hand delivery is collected and deposited with a firm employee or courier service for delivery on the same day by 5:00 p.m.

On January 4, 2008, I caused the following to be hand served:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY) AND REQUEST FOR JURY TRIAL;

CIVIL COVER SHEET;

NOTICE TO PLAINTIFFS OF FILING NOTICE OF REMOVAL OF ACTION;

NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL GIVEN TO STATE COURT;

DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT GUIDANT CORPORATION FILED PURSUANT TO FED. R. CIV. P. 7.1(A); AND

DEFENDANT GUIDANT CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16).

on the parties in this action by placing a true copy thereof in a sealed envelope addressed and delivered as follows:

**COUNSEL FOR PLAINTIFFS:**

Donald S. Edgar
Jeremy R. Fietz
Rex Grady
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

134086V1

**COUNSEL FOR DEFENDANT CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY:**

Merrilee C. Miller
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Telephone: (415) 348-4150
Facsimile: (800) 914-3772

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 4, 2008.

_____
ANDREA MORESCO

CERTIFICATE OF SERVICE

3

134086V1