Dana N. Gwaltney (SBN 209530)
dgwaltney@shb.com
Sara J. Romano (SBN 227467)
sromano@shb.com
Mia O. Solvesson (SBN 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC., and
BOSTON SCIENTIFIC CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 08-0053-MEJ<br><br>DECLARATION OF MIA O. SOLVESSON IN SUPPORT OF MOTION TO STAY PENDING TRANSFER TO MDL COURT<br><br>Date:   February 21, 2008<br>Time:   10:00 a.m.<br>Ctrm:   B, 15th Floor<br>Judge:   Magistrate Judge Maria-Elena James<br><br>Complaint filed: October 29, 2007 |

I, Mia O. Solvesson, declare:

1. I am an attorney licensed to practice before this Court and am an associate at Shook, Hardy & Bacon L.L.P., counsel of record for Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation in the above-captioned matter. The following statements are within my personal knowledge and, if called to do so, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the Judicial Panel on Multidistrict Litigation's Transfer Order establishing an MDL in the District of Minnesota ("MDL Court") and transferring a number of cases to the MDL Court dated November 7, 2005.

3. Attached as Exhibit B is a true and correct copy of the Eighty-Ninth Notice of Potential Tag-Along Actions sent to the Judicial Panel on Multidistrict Litigation on January 8, 2008.

4. Prior to filing this motion, counsel for Guidant contacted counsel for Plaintiffs to propose that the parties enter into a stipulation to stay this action pending transfer to the MDL Court. Plaintiffs' counsel, however, would not agree to stipulate to a stay of deadlines.

I declare under penalty of perjury under the laws of the United States and of California that the foregoing is true and correct. Executed on January 10, 2008 at San Francisco, California.

/S/ Mia O. Solvesson
MIA O. SOLVESSON