

www.shb.com

**Karen V. Mesmer**

2555 Grand Blvd.
Kansas City
Missouri 64108-2613
816.474.6550
816.421.5547 Fax
kmesmer@shb.com

January 8, 2008

Denise Morgan-Stone
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

Re: **MDL -1708 - In Re: Guidant Corp. Implantable Defibrillators Products
     Liability Litigation**

Dear Mrs. Morgan-Stone:

Enclosed please find the original of Defendants' Eighty-ninth Notice of Potential Tag-Along Actions for filing. We have also enclosed the docket sheets for each case tagged. If you have any questions or concerns, please feel free to contact us.

Thank you for your attention to this matter.

Sincerely,

Karen Mesmer

Karen V. Mesmer
Senior Analyst-KC

KKC:jmw
Enclosures

cc:    Attached Counsel List

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

2763094v1

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re Guidant Corp. Implantable
Defibrillators Products Liability                    **MDL No. 1708**
Litigation

## EIGHTY-NINTH NOTICE OF POTENTIAL TAG-ALONG ACTIONS

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on

Multidistrict Litigation, Defendants Guidant Corporation, Guidant Sales Corporation and

Cardiac Pacemakers, Inc. hereby respectfully notify the Clerk of the Panel of potential tag-along

actions as set forth below and state as follows:

1.    By Motion to Transfer dated June 14, 2005, Plaintiff Darcy Munson sought

consolidation and coordination of several actions as set forth in the Schedule of Actions attached

thereto.

2.    By Transfer Order dated November 7, 2005, the Panel ordered that the actions

subject to the Motion for Transfer be transferred to the District Court for the District of

Minnesota and assigned to the Honorable Donovan W. Frank for coordinated and consolidated

pretrial proceedings.

3.    The following potential tag-along actions, like those actions identified in the

original Schedule of Actions attached to Munson's Motion to Transfer, are pending in federal

courts and involve allegations of injuries from cardiac medical devices:

**CALIFORNIA**

- *Saad, Seta and Christian E. Saad, individually and as representative of the
  estate of Raymond Saad v. Guidant Corporation, et al.;* Case No. 3:08-cv-53
  (USDC ND CA) filed on January 4, 2008.

- 1 -

2761843v1

4. Transfer of the potential tag-along actions to the District of Minnesota for consolidated and coordinated pre-trial proceedings is therefore appropriate for the same reasons as set forth in this Panel's Transfer Order.

5. Copies of the Complaints in these cases are attached hereto for the Panel's convenience.

Respectfully submitted,

Timothy A. Pratt    by Jane J. Bartley
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816:421-5547
tpratt@shb.com
**Counsel for Defendants Guidant
Corporation, Cardiac Pacemakers, Inc. and
Guidant Sales Corporation**

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

In re Guidant Corp. Implantable
Defibrillators Products Liability
Litigation

**MDL No. 1708**

## PROOF OF SERVICE

I hereby certify that on January 8, 2007, a copy of the Eighty-Ninth Notice of

Potential Tag-Along Actions was served on counsel listed below, via U.S. Mail.

Timothy A. Pratt

**Counsel for Defendants Guidant** by Carol Bartley
**Corporation, Cardiac Pacemakers, Inc. and**
**Guidant Sales Corporation**

Charles S. Zimmerman
ZIMMERMAN REED
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
Phone: 612-341-0400
Fax: 612-341-0844
*Plaintiffs' Lead Counsel*

Richard Arsenault
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court
Alexandria, LA 71301
Phone: 318-487-9874
Fax: 318-561-2591
*Plaintiffs' Lead Counsel*

Elizabeth Cabraser
LIEFF, CABRASER, HEMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Phone: 415-956-1000
Fax: 415-956-1008
*Plaintiffs' Lead Counsel*

- 3 -

2761843v1

Seth R. Lesser
LOCKS LAW FIRM, PLLC
110 East 55th Street
New York, NY 10022
Phone:  212-838-3333
Fax:  212-838-3735
*Plaintiffs' Lead Counsel*

Donald S. Edgar
THE LAW OFFICE OF DONALD S. EDGAR
408 College Avenue
Santa Rosa, CA 95401
Phone: 707-545-3200
Fax:  707-578-3040
*Plaintiff's Counsel for Saad*

- 4 -

2761843v1