1 | Dana N. Gwaltney (SBN 209530)
   dgwaltney@shb.com
2 | Sara J. Romano (SBN 227467)
   sromano@shb.com
3 | Mia O. Solvesson (SBN 246291)
   msolvesson@shb.com
4 | SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
5 | San Francisco, California 94104-2828
Telephone:   415.544.1900
6 | Facsimile:   415.391.0281

7 | Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
8 | CORPORATION, CARDIAC PACEMAKERS, INC., and
BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD, | Case No. C 08-0053-MEJ |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY |
| vs. | |
| GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive, | |
| Defendants. | |

        Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation's Motion to Stay came on regularly for hearing in the above-entitled Court on February 21, 2008.  Upon consideration of all the papers filed in connection therewith, and the arguments of counsel, as well as all other papers on file in this action, the

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY
CASE NO. C 08-0053-MEJ

134436v1

1    Motion to Stay is GRANTED.

2         IT IS SO ORDERED.

3

4    Dated:_____

5                                    _____

                                     MAGISTRATE JUDGE MARIA-ELENA JAMES

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                        2

28                    [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY
                                    CASE NO. C 08-0053-MEJ

134436v1