Dana N. Gwaltney (SBN 209530)
dgwaltney@shb.com
Sara J. Romano (SBN 227467)
sromano@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC., and
BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C 08-0053-MEJ<br><br>CERTIFICATE OF SERVICE<br><br>Complaint filed: October 29, 2007 |

CERTIFICATE OF SERVICE

134435V1

## CERTIFICATE OF SERVICE VIA U.S. MAIL

I, Andrea Moresco, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the United States Postal Service, which is that correspondence for mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of business.

On January 10, 2008, I served the following:

NOTICE OF MOTION AND MOTION TO STAY PENDING TRANSFER TO MDL COURT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;

DECLARATION OF MIA O. SOLVESSON IN SUPPORT OF MOTION TO STAY PENDING TRANSFER TO MDL COURT; and

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

Donald S. Edgar
Jeremy R. Fietz
Rex Grady
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

**COUNSEL FOR DEFENDANT CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY:**

Merrilee C. Miller
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Telephone: (415) 348-4150

CERTIFICATE OF SERVICE
2

134435V1

Telephone: (415) 348-4150
Facsimile: (800) 914-3772

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 7, 2008.

_____
ANDREA MORESCO

CERTIFICATE OF SERVICE

3

134435V1