1  DONALD S. EDGAR (State Bar No. 139324)
2  JEREMY R. FIETZ (State Bar No. 200396)
   J. REX GRADY (State Bar No. 232236)
3  EDGAR LAW FIRM
   408 College Avenue
4  Santa Rosa, California 95401
   Telephone: (707) 545-3200
5  Facsimile: (707) 578-3040

6  Attorneys for plaintiff and the Class

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 SETA SAAD and CHRISTIAN E. SAAD,        ) Case No:  C 08-00053-PJH
   individually and as representatives of the )
12 Estate of Raymond Saad,                  )
                                            )
13                                          ) **PROPOSED ORDER GRANTING MOTION**
           Plaintiffs,                      ) **FOR REMAND**
14 v.                                       )
                                            )
15 GUIDANT CORPORATION; GUIDANT             ) Hearing Date: February 20, 2007
   SALES CORPORATION; CARDIAC               )
16 PACEMAKERS, INC.; BOSTON                 ) Time: 9:00 a.m.
   SCIENTIFIC CORPORATION; ASHLEY &         )
17 MCMULLEN-WING SUN MORTUARY, a            ) Location: Courtroom 3, 17th Floor
   business entity form unknown, ASHLEY &   )
18 MCMULLEN, a business entity form         ) Honorable Phyllis J. Hamilton
   unknown; and DOES 1 through 20,          )
19 inclusive,                               )
                                            ) Removal Filed: January 4, 2008
20                                          )
           Defendants.                      )
21 _____  )
                                            )
22

23         **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**, Plaintiff's Motion for

24 Remand in the above captioned matter came on for hearing on February 20, 2008, at 9:00

25 a.m, before the honorable Phyllis J. Hamilton, in Courtroom 3 of the above captioned

26 Court.

27         After consideration of the papers filed by the parties, and argument thereon, and

28

good cause appearing, **THE COURT HEREBY ORDERS THAT:**

    The Plaintiffs' Motion for Remand in the above captioned matter is hereby **GRANTED**.

    The Clerk of this Court shall immediately remand this matter to the Superior Court for the County of San Francisco for further proceedings.

DATED:

By: _____
Honorable Judge Phyllis J. Hamilton
United States District Court
Northern District of California

# PROOF OF SERVICE

I am employed in the City and County of Santa Rosa, State of California. I am over the age of 18 and not a party to the within action. My business address is 408 College Avenue, Santa Rosa, California 95401. On January 16, 2008, I served the foregoing document(s) described as:

## PROPOSED ORDER

on the interested parties by placing ( ) the original ( X ) a true and correct copy thereof in a sealed envelope addressed as follows:

Dana N. Gwaltney, Esq.
SHOOK HARDY & BACON LLP
333 Bush Street, Suit 600
San Francisco, CA  94104-2828
Telephone: 415/544-1900
Facsimile: 415/391-0281

**Attorneys for Guidant Corporation, Guidant Sales Corporation; Cardiac Pacemakers, Inc., and Boston Scientific Corproation**

Merrilee C. Miller, Esq.
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Telephone:(415) 348-4150
Facsimile: (800) 914-3772

**Attorneys for Cathay Mortuary Wah Sang Inc. dba Ashley & McMullen Mortuary**

[X]  VIA OVERNIGHT MAIL:

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ]  VIA U.S. MAIL:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Santa Rosa, California.

[X]  FEDERAL:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on January 16, 2008

*JEREMY R. FIETZ*

3

PROPOSED ORDER                                                                                             Case No. 08-00053-PJH