1  Dana N. Gwaltney (SBN 209530)
     dgwaltney@shb.com
2  Mia O. Solvesson (SBN 246291)
     msolvesson@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12  SETA SAAD and CHRISTIAN E. SAAD,          Case No. C 08-0053-PJH
    individually and as representatives of the Estate
13  of RAYMOND SAAD,                           RE-NOTICE OF MOTION AND MOTION
                                               TO STAY PENDING TRANSFER TO
                Plaintiffs,                    MDL COURT AND MEMORANDUM OF
14                                             POINTS AND AUTHORITIES IN
                                               SUPPORT
15      vs.

16  GUIDANT CORPORATION; GUIDANT               Date:   February 20, 2008
    SALES CORPORATION; CARDIAC                 Time:   9:00 a.m.
17  PACEMAKERS, INC.; BOSTON SCIENTIFIC        Ctrm:   3, 17th Floor
    CORPORATION; ASHLEY & MCMULLEN-            Judge:  Honorable Phyllis J. Hamilton
    WING SUN MORTUARY, a business entity
18  form unknown; ASHLEY & MCMULLEN, a         Complaint filed: October 29, 2007
    business entity form unknown; and DOES 1
19  through 20, inclusive,

20              Defendants.

21

22

23

24

25

26

27                                  1
28                              RE-NOTICE OF MOTION AND MOTION TO STAY
                                        CASE NO. C 08-0053-PJH

134090v2

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that on February 20, 2008 at 9:00 a.m., or as soon thereafter as

3    the matter may be heard, before the Honorable Phyllis J. Hamilton, United States Magistrate

4    Judge, in Courtroom 3, 17th Floor, Defendants Guidant Corporation, Guidant Sales Corporation,

5    Cardiac Pacemakers, Inc., and Boston Scientific Corporation (collectively "Guidant") will and

6    hereby do move for an order that the above-entitled action be stayed pending transfer to the

7    MDL Court in the District of Minnesota that will be managing the multidistrict litigation entitled

8    *In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL-1708.

9    This Motion was originally noticed in front of Magistrate Judge Maria-Elena, but was

10    vacated on January 15, 2008 due to reassignment to the Honorable Phyllis J. Hamilton. This

11    motion is made on the ground that in the short intervening time between now and the transfer of

12    the case to the MDL Court, the time and resources of the parties and this Court should not be

13    expended in preparing answers or other responses to the Complaint and participating in pretrial

14    proceedings.  This motion is based on this notice of motion and motion, the memorandum of

15    points and authorities that follows, the declaration of Mia O. Solvesson filed concurrently

16    herewith, all pleadings and records on file in this action, and any other arguments and evidence

17    presented to this Court at or before the hearing on this motion.

18    DATED: January 16, 2008                    Respectfully submitted,

19

20                                             SHOOK, HARDY & BACON L.L.P.

21

22                                             By:___*/S/ Mia O. Solvesson*___
                                                      DANA N. GWALTNEY
23                                                    SARA J. ROMANO
                                                      MIA O. SOLVESSON

24                                             Attorneys for Defendants
                                               GUIDANT CORPORATION, GUIDANT
25                                             SALES CORPORATION, CARDIAC
                                               PACEMAKERS, INC. and BOSTON
26                                             SCIENTIFIC CORPORATION

27
                                                   2
28

134090v2

1

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

2      Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc.,

3   and Boston Scientific Corporation (collectively "Guidant") respectfully request that the Court

4   stay all pretrial proceedings and deadlines—including any deadlines to answer or otherwise

5   respond to the Complaint and to respond to any motion to remand that Plaintiffs may file—and

6   allow for such proceedings and deadlines to be re-set by the MDL transferee district court in the

7   District of Minnesota ("MDL Court") that manages the multidistrict litigation entitled *In Re*

8   *Guidant Corp. Implantable Defibrillators Products Liability Litigation*, MDL-1708.

9      This case is one of more than 2,000 cases currently pending against Guidant in federal

10  courts around the country.  On November 7, 2005, pursuant to 28 U.S.C. §1407, the Judicial

11  Panel on Multidistrict Litigation ("JPML") entered a Transfer Order establishing an MDL and

12  consolidating and transferring a number of cases to the MDL Court.[1]  There are more than 2,020

13  cases currently pending in the MDL.  On January 8, 2008, Guidant identified this case as a tag-

14  along action to be transferred to the MDL Court.[2]  Guidant expects that this case will be

15  transferred to MDL Court in the near future.[3]  At that time, the JPML and MDL can and will

16  address jurisdictional issues and are in the best position to assure that consistent rulings are

17  applied to the multitude of cases in the Guidant litigation.

18     In the short intervening time between now and the transfer of this case to the MDL Court,

19  the time and resources of the parties and this Court should not be expended in answering or

20  otherwise responding to the Complaint, responding to any motion to remand, or participating in

21  pretrial proceedings.  As most courts have recognized, "it is often appropriate to stay preliminary

22

23  [1] Declaration of Mia O. Solvesson In Support of Defendants' Motion to Stay Pending Transfer
    To MDL Court, ¶ 2, attached as Exhibit A.

24  [2] Solvesson Decl. at ¶ 3, attached as Exhibit B.

25  [3] Prior to filing this motion, counsel for Guidant contacted counsel for Plaintiffs to propose that
    the parties enter into a stipulation to stay this action pending transfer to the MDL Court.
26  Plaintiffs' counsel, however, would not agree to stipulate to a stay of deadlines.  Solvesson Decl.
    at ¶ 4.
27

3

28

134090v2

1   pretrial proceedings while a motion to transfer and consolidate is pending with the MDL panel

2   because of the judicial resources that are conserved." *Rivers v. Walt Disney Co.*, 980 F. Supp.

3   1358, 1362 (C.D. Cal. 1997).   This power to stay its proceedings is "incidental to the power

4   inherent in every court to control the disposition of the causes on its docket with economy of

5   time and effort for itself, for counsel, and for litigants." *Id.* at 1360.  Such stays are particularly

6   valuable in promoting the purposes of coordinated multidistrict litigation, which is designed to

7   promote judicial efficiency and consistency.  *See Kocol v. Guidant Corp. et al.,* C 06-6537 JF

8   (RS) (N.D. Cal. Dec. 22, 2006) (order granting defendants' motion for stay of litigation pending

9   transfer by the MDL Panel); *In re California Retail Natural Gas & Elec. Antitrust Litig.*, 150 F.

10  Supp. 2d 1383, 1384 (J.P.M.L. 2001); *accord In re Eastern Airlines, Inc. Flight Attendant*

11  *Weight Program Litig.*, 391 F. Supp. 763, 764 (J.P.M.L. 1975) (purpose and function of MDL is

12  to ensure efficient use of judicial resources and prevent duplicative discovery and inconsistent

13  rulings); Manual for Complex Litigation, Federal Judicial Center, (3d ed. 1995) § 31.131.

14      WHEREFORE, Guidant respectfully requests that the Court stay this action and allow for

15  all proceedings and deadlines to be re-set by the MDL Court.

16

17  DATED: January 16, 2008                    Respectfully submitted,

18

19                                             SHOOK, HARDY & BACON L.L.P.

20                                             By:   */S/ Mia O. Solvesson*
                                                     DANA N. GWALTNEY
21                                                   MIA O. SOLVESSON

22                                             Attorneys for Defendants
23                                             GUIDANT CORPORATION, GUIDANT
                                               SALES CORPORATION, CARDIAC
24                                             PACEMAKERS, INC. and BOSTON
                                               SCIENTIFIC CORPORATION
25

26

27
                                        4
28                                             RE-NOTICE OF MOTION AND MOTION TO STAY
                                               CASE NO. C 08-0053-PJH

134090v2