1  Dana N. Gwaltney (SBN 209530)
   dgwaltney@shb.com
2  Mia O. Solvesson (SBN 246291)
   msolvesson@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
   SETA SAAD and CHRISTIAN E. SAAD,           Case No. C 08-0053-PJH
12 individually and as representatives of the Estate
   of RAYMOND SAAD,                           DECLARATION OF MIA O.
13                                            SOLVESSON IN SUPPORT OF MOTION
                 Plaintiffs,                  TO STAY PENDING TRANSFER TO
14                                            MDL COURT
              vs.
15                                            Date:   February 20, 2008
   GUIDANT CORPORATION; GUIDANT              Time:   9:00 a.m.
16 SALES CORPORATION; CARDIAC               Ctrm:   3, 17th Floor
   PACEMAKERS, INC.; BOSTON SCIENTIFIC      Judge:  Honorable Phyllis J. Hamilton
17 CORPORATION; ASHLEY & MCMULLEN-
   WING SUN MORTUARY, a business entity     Complaint filed: October 29, 2007
18 form unknown; ASHLEY & MCMULLEN, a
   business entity form unknown; and DOES 1
19 through 20, inclusive,

20               Defendants.

21

22      I, Mia O. Solvesson, declare:

23      1.    I am an attorney licensed to practice before this Court and am an associate at Shook,

24 Hardy & Bacon L.L.P., counsel of record for Defendants Guidant Corporation, Guidant Sales

25 Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation in the above-captioned

26 matter.  The following statements are within my personal knowledge and, if called to do so, I could

27 and would testify competently thereto.

28
                                            DECLARATION IN SUPPORT OF MOTION TO STAY
                                                          CASE NO. C 08-0053-PJH

134099V2

1    2.    Attached as Exhibit A is a true and correct copy of the Judicial Panel on Multidistrict

2  Litigation's Transfer Order establishing an MDL in the District of Minnesota ("MDL Court") and

3  transferring a number of cases to the MDL Court dated November 7, 2005.

4    3.    Attached as Exhibit B is a true and correct copy of the Eighty-Ninth Notice of Potential

5  Tag-Along Actions sent to the Judicial Panel on Multidistrict Litigation on January 8, 2008.

6    4.    Prior to filing this motion, counsel for Guidant contacted counsel for Plaintiffs to

7  propose that the parties enter into a stipulation to stay this action pending transfer to the MDL Court.

8  Plaintiffs' counsel, however, would not agree to stipulate to a stay of deadlines.

9    I declare under penalty of perjury under the laws of the United States and of California that

10  the foregoing is true and correct.  Executed on January 16, 2008 at San Francisco, California.

11

12                              _____/S/ Mia O. Solvesson_____
                                MIA O. SOLVESSON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2                    DECLARATION IN SUPPORT OF MOTION TO STAY
                     CASE No. C 08-00