1  Dana N. Gwaltney (SBN 209530)
   dgwaltney@shb.com
2  Mia O. Solvesson (SBN 246291)
   msolvesson@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 08-0053-PJH<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY |

Defendants Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., and Boston Scientific Corporation's Motion to Stay came on regularly for hearing in the above-entitled Court on February 20, 2008. Upon consideration of all the papers filed in connection therewith, and the arguments of counsel, as well as all other papers on file in this action, the

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY
CASE NO. C 08-0053-PJH

134436v2

1  Motion to Stay is GRANTED.

2       IT IS SO ORDERED.

3

4  Dated:_____

5                                          _____
                                           HONORABLE PHYLLIS J. HAMILTON