1 MERRILEE C. MILLER (SBN 157100)
LAW OFFICES OF WILLIAM J. DIFFENDERFER
2 One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
3 Phone: 415-348-4150
Fax: 800-914-3772
4

5 Attorney for Defendant/Cross-Complainant
CATHAY MORTUARY WAH SANG INC.
6 dba ASHLEY & MCMULLEN MORTUARY
WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG
7 (erroneously named and sued herein as
ASHLEY & MCMULLEN-WING SUN MORTUARY
8 and ASHLEY & MCMULLEN)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of Raymond Saad,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown, ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br><br>CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG,<br><br>　　　　Cross-Complainant, | Case No.: C 08-00053-PJH<br><br>**JOINDER OF DEFENDANT/CROSS-COMPLAINANT CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY** WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG **IN PLAINTIFFS' OPPOSITION TO THE GUIDANT DEFENDANTS' MOTION TO STAY PENDING TRANSFER TO MDL COURT**<br><br>**Hearing Date: February 20, 2008**<br>**Time: 9:00 a.m.**<br>**Location: Courtroom 3, 17th Floor**<br>**Judge: Honorable Phyllis J. Hamilton**<br><br>**Complaint Filed:** October 29, 2007<br>**Removal Filed:** January 4, 2008 |

CATHAY MORTUARY'S JOINDER IN PLAINTIFFS' OPPOSITION TO MOTION TO STAY   1

v.

GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; and ROES 1 through 50, inclusive,

   Cross-Defendants.

## JOINDER

Defendant/Cross-Complainant CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG hereby joins in Plaintiffs' Opposition to the Guidant Defendants' Motion for Stay of Proceedings.

Dated: January 29, 2008                    LAW OFFICES OF WILLIAM J. DIFFENDERFER

                                           */S/ Merrilee C. Miller*

                                    By:_____
                                           MERRILEE C. MILLER
                                           Attorneys for Defendant/Cross-Complainant
                                           CATHAY MORTUARY WAH SANG INC.
                                           dba ASHLEY & MCMULLEN MORTUARY
                                           WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG