| | |
|---|---|
| 1 | MERRILEE C. MILLER (SBN 157100) |
| 2 | LAW OFFICES OF WILLIAM J. DIFFENDERFER |
|   | One Market, Spear Tower, Suite 2150 |
| 3 | San Francisco, CA 94105 |
|   | Phone: 415-348-4150 |
| 4 | Fax: 800-914-3772 |
| 5 | Attorney for Defendant/Cross-Complainant |
|   | CATHAY MORTUARY WAH SANG INC. |
| 6 | dba ASHLEY & MCMULLEN MORTUARY |
|   | WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG |
| 7 | (erroneously named and sued herein as |
|   | ASHLEY & MCMULLEN-WING SUN MORTUARY |
| 8 | and ASHLEY & MCMULLEN) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of Raymond Saad,<br><br>Plaintiffs,<br><br>v.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown, ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG,<br><br>Cross-Complainant, | Case No.: C 08-00053-PJH<br><br>**DECLARATION OF MERRILEE C. MILLER IN SUPPORT OF CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY** WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG **JOINDER IN PLAINTIFFS' MOTION FOR REMAND**<br><br>Hearing Date: February 20, 2008<br>Time: 9:00 a.m.<br>Location: Courtroom 3, 17th Floor<br>Judge: Honorable Phyllis J. Hamilton<br><br>Complaint Filed: October 29, 2007<br>Removal Filed: January 4, 2008 |

| | |
|---|---|
| 1 | v. |
| 2 | GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; and ROES 1 through 50, inclusive, |
| 3 | |
| 4 | |
| 5 | |
| | Cross-Defendants. |

I, Merrilee C. Miller, declare:

1. I am an attorney duly licensed to practice law before all the courts in the State of California and am an attorney at the Law Offices of William J. Diffenderfer, in San Francisco, California, attorneys of record for Defendant CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY WING SUN SUCCESSOR TO CATHAY MORTUARY WAH SANG.

2. I have personal knowledge of each matter stated herein.

3. A true and correct copy of California Secretary of State's notice of corporate active status from the Secretary of State website is marked and attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, that I could testify competently hereto if called as a witness and that this declaration is executed on January 29, 2008 at San Francisco, California.

By: _____
    Merrilee C. Miller

# EXHIBIT A

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JAN 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| CATHAY MORTUARY - (WAH SANG) | | |
| **Number:** C0201916 | **Date Filed:** 1/21/1946 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 4200 GEARY BLVD | | |
| SAN FRANCISCO, CA 94118 | | |
| Agent for Service of Process | | |
| DAPHNE DAPHNE | | |
| 4200 GEARY BLVD | | |
| SAN FRANCISCO, CA 94118 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.