Case MDL No. 1708 DWF-AJB   Document 681   Filed 10/03/2006

A CERTIFIED TRUE COPY

SEP 27 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 11 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1708*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-18)**

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 398 F.Supp.2d 1371 (J.P.M.L. 2005). Since that time, 213 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 27 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SCANNED
OCT 02 2006

## SCHEDULE CTO-18 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #    CASE CAPTION

**CALIFORNIA CENTRAL**
~~CAC 2   06-5113~~   ~~Gustavo Covarrubias Barriga v. Guidant Corp., et al.~~ Opposed 9/20/06
~~CAC 2   06-5114~~   ~~Angelo Roberts v. Guidant Corp., et al.~~ Opposed 9/20/06
~~CAC 2   06-5178~~   ~~William J. Frayer v. Guidant Corp., et al.~~ Opposed 9/20/06
~~CAC 5   06-909~~   ~~Rex Dill, etc. v. Guidant Corp., et al.~~ Opposed 9/25/06
~~CAC 8   06-753~~   ~~Dina Smith-Toscano v. Guidant Corp., et al.~~ Opposed 9/20/06
~~CAC 8   06-754~~   ~~Perry Johnson v. Guidant Corp., et al.~~ Opposed 9/20/06
~~CAC 8   06-766~~   ~~Pearl M. Russo v. Guidant Corp., et al.~~ Opposed 9/20/06
~~CAC 8   06-767~~   ~~James Austin Smith v. Guidant Corp., et al.~~ Opposed 9/20/06

**CALIFORNIA NORTHERN**
~~CAN 3   06-5170~~   ~~Einar Nelsen, etc. v. Guidant Corp., et al.~~ Opposed 9/25/06
~~CAN 4   06-5151~~   ~~Francis McConville, et al. v. Guidant Corp., et al.~~ Opposed 9/25/06

**FLORIDA MIDDLE**
FLM 8   06-1396   Susan Ketchum, et al. v. Guidant Corp., et al.   06-3939

**IOWA NORTHERN**
IAN 1   06-116   Dixie Vandersee, et al. v. Guidant Corp., et al.   06-3940

**LOUISIANA WESTERN**
LAW 3   06-1288   Vickie Wilmore, et al. v. Guidant Corp., et al.   06-3941

**NEW MEXICO**
~~NM 1   06-732~~   ~~Jo Ann Oakes v. Larry Tibbetts, et al.~~ Opposed 9/25/06
~~NM 1   06-733~~   ~~Manuel P. Wood, et al. v. Larry Tibbetts, et al.~~ Opposed 9/25/06
~~NM 6   06-734~~   ~~Robin Simpson v. Larry Tibbetts, et al.~~ Opposed 9/25/06

**TENNESSEE EASTERN**
TNE 1   06-163   Sebarn Sneed, Jr. v. Guidant Corp., et al.   06-3942
TNE 1   06-173   Berchard L. Deboard v. Guidant Corp., et al.   06-3943
TNE 1   06-174   John P. Ryans v. Guidant Corp., et al.   06-3944

**TEXAS NORTHERN**
TXN 2   06-211   Donald Denham v. Guidant Corp., et al.   06-3945
TXN 3   06-1489   Wilma L. Donahue, et al. v. Guidant Corp., et al.   06-3946