# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED

DEC 1 8 2006

SHOOK, HARDY & BACON L.L.P.

December 14, 2006

### NOTICE OF HEARING SESSION

Dear Counsel:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation filed today, you are hereby notified that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

**DATE OF HEARING SESSION:**        January 25, 2007

**LOCATION OF HEARING SESSION:**    David W. Dyer Federal Building and
United States Courthouse
Central Courtroom, 2nd Floor
300 Northeast First Avenue
Miami, Florida 33132

**TIME OF HEARING SESSION:** In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

Please direct your attention to the enclosed Hearing Session Order and Schedule of Matters for Hearing Session for a listing of the matters scheduled for consideration at this hearing session.

- Section A of this Schedule lists the matters designated for oral argument.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

For those matters listed on Section A of the Schedule, the enclosed blue "Notice of Presentation or Waiver of Oral Argument" must be returned to this office no later than **January 8, 2007.** Note the procedures governing Panel oral argument which are outlined on the enclosed "Procedures for Oral Argument before the Judicial Panel on Multidistrict Litigation." These procedures are strictly adhered to and your cooperation is appreciated.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

c:  Clerk, U.S. District Court for the Southern District of Florida

**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**DEC. 14, 2006**

**JEFFERY N. LÜTHI
CLERK OF THE PANEL**

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

### HEARING SESSION ORDER

IT IS ORDERED that on January 25, 2007, a hearing session will be held in Miami, Florida, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

SCHEDULE OF MATTERS FOR HEARING SESSION
January 25, 2007 -- Miami, Florida

### SECTION A
### MATTERS DESIGNATED FOR ORAL ARGUMENT

MDL-1791 -- In re National Security Agency Telecommunications Records Litigation

Oppositions of plaintiffs Steve Gaw and Robert M. Clayton III; defendants Office of Consumer Counsel; Anthony J. Palermino; Donald W. Downes; Jack R. Goldberg; John W. Betkoski III; Anne C. George; American Civil Liberties Union of Connecticut; Kurt Adams; Sharon Reishus; Dennis Keschl; Steve Gaw; Robert M. Clayton III; Zulima V. Farber; Kimberly S. Ricketts; Cathleen O'Donnell; James Volz; David C. Coen; John D. Burke; and David O'Brien; and proposed defendant intervenors James D. Cowie; James D. Woodworth; David L. Cowie; Kristen A. Tyson; Paul G. Tyson; Paul Sarvis; Lou Solebello; Barbara Taylor; Christopher Branson; Gwethalyn M. Phillips; Sally Dobres; Harold Noel; Margaret Siegle; Maureen Dea; Ethan Strimling; John H. Donovan; Thomas Mundhenk; and Lisa Hicks to transfer of their respective following actions to the United States District Court for the Northern District of California:

District of Connecticut

*United States of America v. Anthony J. Palermino, et al.*, C.A. No. 3:06-1405

District of Maine

*United States of America v. Kurt Adams, et al.*, C.A. No. 1:06-97

Eastern District of Missouri

*United States of America v. Steve Gaw, et al.*, C.A. No. 4:06-1132

Western District of Missouri

*Robert Clayton, et al. v. AT&T Communications of the Southwest, Inc., et al.*, C.A. No. 2:06-4177

District of New Jersey

*United States of America v. Zulima V. Farber, et al.*, C.A. No. 3:06-2683

District of Vermont

*United States of America v. James Volz, et al.*, C.A. No. 2:06-188

Schedule of Matters for Hearing Session, Section A          p. 2
Miami, Florida

## MDL-1813 -- In re New Century Mortgage Corp. Prescreening Litigation

Motion of plaintiffs Perrie Bonner, et al., for centralization (and subsequent motion to withdraw the initial motion) of the following actions in the United States District Court for the Northern District of Indiana:

### Central District of California

*Mary Forrest v. New Century Mortgage Corp.*, C.A. No. 2:06-3951
*Pamela Phillips v. New Century Financial Corp., et al.*, C.A. No. 8:05-692

### Northern District of Indiana

*Perrie Bonner, et al. v. Home 123 Corp., et al.*, C.A. No. 2:05-146

## MDL-1814 -- In re The Home Depot, Inc., Equipment Rental Contract Litigation

Motion of plaintiff Eric D. Cook for centralization of the following actions in the United States District Court for the Southern District of Florida, or in the alternative, the United States District Court for the Northern District of Illinois or the United States District Court for the Southern District of Ohio:

### Southern District of Florida

*Gold Coast Racing, Inc., et al. v. The Home Depot U.S.A., Inc.*, C.A. No. 0:05-61931

### Northern District of Illinois

*John Michael Rickher v. The Home Depot, Inc.*, C.A. No. 1:05-2152

### District of New Jersey

*Mieczyslaw Pacholec v. The Home Depot U.S.A., Inc.*, C.A. No. 2:06-827

### Southern District of Ohio

*Eric D. Cook v. The Home Depot, Inc.*, C.A. No. 2:06-571

### Western District of Texas

*Brad Barnard v. The Home Depot U.S.A., Inc.*, C.A. No. 1:06-491

Schedule of Matters for Hearing Session, Section A                    p. 3
Miami, Florida

MDL-1816 -- In re Katz Interactive Call Processing Patent Litigation

    Motion of defendants Target Corp., Target Bank, and Target National Bank, for centralization of certain of the following actions in the United States District Court for the Central District of California and motion of defendant Global Crossing Telecommunications, Inc., for centralization of certain of the following actions in the United States District Court for the District of Delaware, or in the alternative, the United States District Court for the Central District of California:

### District of Delaware

*Ronald A. Katz Technology Licensing, LP v. Reliant Energy Inc., et al.*,
    C.A. No. 1:06-543
*Ronald A. Katz Technology Licensing, LP v. TD Banknorth, Inc., et al.*,
    C.A. No. 1:06-544
*Ronald A. Katz Technology Licensing, LP v. Ahold USA, Inc., et al.*, C.A. No. 1:06-545
*Ronald A. Katz Technology Licensing, LP v. Time Warner Cable, Inc., et al.*,
    C.A. No. 1:06-546
*Ronald A. Katz Technology Licensing, LP v. American International Group, Inc., et al.*,
    C.A. No. 1:06-547

### Eastern District of Texas

*Ronald A. Katz Technology Licensing, LP v. American Airlines, Inc., et al.*,
    C.A. No. 2:06-334
*Ronald A. Katz Technology Licensing, LP v. Aetna, Inc., et al.*, C.A. No. 2:06-335
*Ronald A. Katz Technology Licensing, LP v. Citibank, N.A., et al.*, C.A. No. 5:05-142
*Ronald A. Katz Technology Licensing, LP v. Discover Financial Services, Inc., et al.*,
    C.A. No. 5:06-182
*Ronald A. Katz Technology Licensing, LP v. Genesys Conferencing, Inc., et al.*,
    C.A. No. 5:06-187
*Ronald A. Katz Technology Licensing, LP v. American Electric Power Co., Inc., et al.*,
    C.A. No. 5:06-188
*Ronald A. Katz Technology Licensing, LP v. Alltel Corp., et al.*, C.A. No. 9:06-177
*Ronald A. Katz Technology Licensing, LP v. Chevron Corp., et al.*, C.A. No. 9:06-178
*Ronald A. Katz Technology Licensing, LP v. Cox Communications, Inc., et al.*,
    C.A. No. 9:06-191
*Ronald A. Katz Technology Licensing, LP v. DirecTV Group, Inc., et al.*,
    C.A. No. 9:06-192
*Ronald A. Katz Technology Licensing, LP v. Earthlink, Inc.*, C.A. No. 9:06-193

Schedule of Matters for Hearing Session, Section A                    p. 4
Miami, Florida

MDL-1816 (Continued)

### Eastern District of Texas (Continued)

*Ronald A. Katz Technology Licensing, LP v. Tracfone Wireless, Inc.*, C.A. No. 9:06-194
*Ronald A. Katz Technology Licensing, LP v. Ford Motor Co., et al.*, C.A. No. 9:06-195
*Ronald A. Katz Technology Licensing, LP v. Cullen/Frost Bankers, Inc., et al.*,
    C.A. No. 9:06-196
*Ronald A. Katz Technology Licensing, LP v. General Electric Capital Corp., et al.*,
    C.A. No. 9:06-197
*Ronald A. Katz Technology Licensing, LP v. General Motors Corp., et al.*,
    C.A. No. 9:06-198
*Ronald A. Katz Technology Licensing, LP v. Humana, Inc.*, C.A. No. 9:06-199
*Ronald A. Katz Technology Licensing, LP v. PNC Financial Services Group, Inc., et al.*,
    C.A. No. 9:06-200
*Ronald A. Katz Technology Licensing, LP v. Regions Financial Corp., et al.*,
    C.A. No. 9:06-201
*Ronald A. Katz Technology Licensing, LP v. Safeco Insurance Co. of America, et al.*,
    C.A. No. 9:06-202
*Ronald A. Katz Technology Licensing, LP v. U.S. Bancorp, et al.*, C.A. No. 9:06-203

### MDL-1817 -- In re CertainTeed Corp. Roofing Shingle Products Liability Litigation

Motion of plaintiff Catherine Barrett for centralization of the following actions in the
United States District Court for the Eastern District of Pennsylvania:

### Southern District of Iowa

*Dean Conrad v. CertainTeed Corp.*, C.A. No. 4:06-420

### Northern District of Illinois

*Dawn Lynn Johnson v. CertainTeed Corp.*, C.A. No. 1:06-4864

### Western District of Kentucky

*Tina Fitzner v. CertainTeed Corp.*, C.A. No. 3:06-488

Schedule of Matters for Hearing Session, Section A                                    p. 5
Miami, Florida


MDL-1817 (Continued)


### Eastern District of Michigan

*David Butz, et al. v. CertainTeed Corp.*, C.A. No. 2:06-14357

### District of Minnesota

*Gerald Brenden, et al. v. CertainTeed Corp.*, C.A. No. 0:06-3579

### Eastern District of Pennsylvania

*Catherine Barrett v. CertainTeed Corp.*, C.A. No. 2:06-4117
*Roger Dunker, et al. v. CertainTeed Corp.*, C.A. No. 2:06-4243

### Western District of Wisconsin

*Nancy Hollis, et al. v. CertainTeed Corp.*, C.A. No. 3:06-525


### MDL-1818 -- In re Citifinancial Services Incorporated Prescreened Offer Litigation

Motion of plaintiffs Chana Hecht and Frank N. Hernandez for centralization of the
following actions in the United States District Court for the Northern District of Illinois:

### District of Connecticut

*Chana Hecht v. CitiFinancial Services, Inc.*, C.A. No. 3:06-1632

### Northern District of Illinois

*Frank N. Hernandez, Jr. v. CitiFinancial Services, Inc.*, C.A. No. 1:05-2263

### District of Massachusetts

*Nellie A. Chudzikiewicz v. CitiFinancial Services, Inc.*, C.A. No. 4:06-40201

Schedule of Matters for Hearing Session, Section A          p. 6
Miami, Florida

MDL-1818 (Continued)

### Eastern District of Missouri

*John C. Barrett v. CitiFinancial Services, Inc.*, C.A. No. 4:06-887

### Eastern District of Wisconsin

*Mary Forrest v. CitiFinancial, Inc.*, C.A. No. 2:06-294

## MDL-1819 -- In re Static Random Access Memory (SRAM) Antitrust Litigation

Motion of plaintiff Alexander Ma for centralization of the following actions in the United States District Court for the Northern District of California:

### Central District of California

*Daniel Price v. Cypress Semiconductor Corp., et al.*, C.A. No. 2:06-6674

### Northern District of California

*Dataplex, Inc. v. Alliance Semiconductor Corp., et al.*, C.A. No. 3:06-6491
*Greg Proiette v. Cypress Semiconductor Corp., et al.*, C.A. No. 3:06-6501
*Alexander Ma v. Alliance Semiconductor Corp., et al.*, C.A. No. 3:06-6511
*Reclaim Center, Inc., et al. v. Samsung Electronics Co., Ltd., et al.*, C.A. No. 3:06-6533
*Yoni Ribo v. Cypress Semiconductor Corp., et al.*, C.A. No. 3:06-6535

## MDL-1820 -- In re Webloyalty.com, Inc., Marketing and Sales Practices Litigation

Motion of plaintiffs Joe W. Kuefler, Kim Crouse, and Monica Staaf for centralization of the following actions in the United States District Court for the District of Massachusetts:

### Central District of California

*Alcides Melo v. Webloyalty.com, Inc., et al.*, C.A. No. 2:06-6329

Schedule of Matters for Hearing Session, Section A                                   p. 7
Miami, Florida


MDL-1820 (Continued)


### District of Massachusetts

*Joe W. Kuefler v. Webloyalty.com, Inc., et al.*, C.A. No. 1:06-11620
*Kim Crouse v. Webloyalty.com, Inc., et al.*, C.A. No. 1:06-11834
*Monica Staaf v. Webloyalty.com, Inc., et al.*, C.A. No. 1:06-11835


### MDL-1821 -- In re Lycoming Crankshaft Products Liability Litigation

Motion of defendants AVCO Corp. and Textron, Inc., for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

#### Eastern District of California

*Richard A. Bristow v. Lycoming Engines, et al.*, C.A. No. 2:06-1947

#### Eastern District of Pennsylvania

*Charles Powers v. Lycoming Engines, et al.*, C.A. No. 2:06-2993
*John Car v. Lycoming Engines, et al.*, C.A. No. 2:06-4228


### MDL-1822 -- In re Bluetooth Headset Products Liability Litigation

Motion of plaintiffs Michael Jones, et al., for centralization of the following actions in the United States District Court for the Central District of California:

#### Eastern District of Arkansas

*Hayley Frye v. Motorola, Inc.*, C.A. No. 4:06-1533

#### Central District of California

*Michael Jones, et al. v. Motorola, Inc.*, C.A. No. 2:06-5182
*Betsee Finlee v. GN Jabra North America, et al.*, C.A. No. 2:06-6280
*Amy Karle v. Motorola, Inc., et al.*, C.A. No. 2:06-6706
*Lori Raines v. Plantronics, Inc.*, C.A. No. 2:06-6708

Schedule of Matters for Hearing Session, Section A                                    p. 8
Miami, Florida

MDL-1822 (Continued)

### Middle District of Florida

*Steve Edwards v. Motorola, Inc.*, C.A. No. 8:06-1909
*Kyle Edwards v. Plantronics, Inc.*, C.A. No. 8:06-1910
*Gary Hamrick v. GN Jabra North America, et al.*, C.A. No. 8:06-1911

### Northern District of Illinois

*Martin Alpert, et al. v. Motorola, Inc.*, C.A. No. 1:06-5586

### Southern District of Mississippi

*Jessica Smith v. Motorola, Inc.*, C.A. No. 2:06-242

### District of New Hampshire

*Mark Davis v. GN Jabra North America, et al.*, C.A. No. 1:06-402

### Eastern District of Oklahoma

*Jarred Swink v. Motorola, Inc.*, C.A. No. 6:06-456

### Western District of Tennessee

*Mark Benfield v. Motorola, Inc.*, C.A. No. 2:06-2690

### MDL-1823 -- In re Movie Artwork Copyright Litigation

Motion of defendants A.V.E.L.A., Inc.; Art-Nostalgia.com, Inc.; X One X Movie
Archive, Inc.; Leo Valencia; and Beverly Hills Teddy Bear Company for centralization of the
following actions in the United States District Court for the Central District of California:

### Central District of California

*Toho Co., Ltd. v. A.V.E.L.A., Inc., et al.*, C.A. No. 2:06-1385
*Fleischer Studios, Inc. v. A.V.E.L.A. Inc., et al.*, C.A. No. 2:06-6229

Schedule of Matters for Hearing Session, Section A                    p. 9
Miami, Florida


MDL-1823 (Continued)


### Eastern District of Missouri

*Warner Bros. Entertainment, Inc., et al. v. Dave Grossman Creations, Inc., et al.,*
    C.A. No. 4:06-546

### Southern District of New York

*King Features Syndicate, Inc., et al. v. A.V.E.L.A. Inc., et al.,* C.A. No. 1:06-6464


## MDL-1824 -- In re Tri-State Water Rights Litigation

Motion of The Atlanta Regional Commission, The City of Atlanta, The Cobb County-Marietta Water Authority, and The City of Gainesville, Georgia, for centralization of the following actions in the United States District Court for the District of District of Columbia:

### Northern District of Alabama

*State of Alabama, et al. v. U.S. Army Corp. of Engineers, et al.,* C.A. No. 1:90-1331

### District of District of Columbia

*Southeastern Federal Power Customers, Inc. v. Louis Caldera, et al.,* C.A. No. 1:00-2975

### Northern District of Florida

*State of Florida v. United States Fish & Wildlife Service, et al.,* C.A. No. 4:06-410

### Northern District of Georgia

*State of Georgia v. The United States Army Corp. of Engineers, et al.,*
    C.A. No. 1:06-1473
*State of Georgia v. United States Corp. of Engineers, et al.,* C.A. No. 2:01-26

Schedule of Matters for Hearing Session, Section B                    p. 10
Miami, Florida

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

       Oppositions of plaintiffs Charles F. Zettner, et al.; Eswin Dean; Archie Lord; Joseph Newsome; Cleophus Smith; and Joseph Alexander Anderson, Jr., et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

       Northern District of California

*Charles F. Zettner, et al. v. Buffalo Pumps, Inc., et al.*, C.A. No. 3:06-5905

       Northern District of Mississippi

*Eswin Dean v. 3M Co., et al.*, C.A. No. 4:06-142

       Southern District of Mississippi

*Archie Lord v. Phillips 66 Co., et al.*, C.A. No. 1:06-660
*Joseph Newsome v. Phillips 66 Co., et al.*, C.A. No. 1:06-661
*Cleophus Smith v. Phillips 66 Co., et al.*, C.A. No. 1:06-662

       District of Utah

*Joseph Alexander Anderson, Jr., et al. v. Ford Motor Co., et al.*, C.A. No. 2:06-741

Schedule of Matters for Hearing Session, Section B                              p. 11
Miami, Florida

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
                Litigation

Oppositions of plaintiffs Mary Cordrey and Mary Anne Norris, et al., to transfer of their
respective following actions to the United States District Court for the Eastern District of
Pennsylvania:

        District of Massachusetts

*Mary Cordrey v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:06-11604
*Mary Anne Norris, et al. v. Indevus Pharmaceuticals, Inc., et al.*, C.A. No. 1:06-11605

MDL-1379 -- In re Literary Works in Electronic Databases Copyright Litigation

Motion of plaintiff Edward Roeder for remand, pursuant to 28 U.S.C. § 1407(a), of the
following action to the United States District Court for the District of District of Columbia:

        Southern District of New York

*Edward Roeder v. Tribune Co., Inc., et al.*, C.A. No. 1:05-7311 (D. District of Columbia,
    C.A. No. 1:04-1818)

MDL-1428 -- In re Ski Train Fire in Kaprun, Austria, on November 11, 2000

Opposition of defendant Wika Instrument Corp. to transfer of the following action to the
United States District Court for the Southern District of New York:

        Middle District of Florida

*Nanae Mitsumoto, et al. v. Robert Bosch Corp., et al.*, C.A. No. 8:06-1657

Schedule of Matters for Hearing Session, Section B                    p. 12
Miami, Florida


MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

 Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the District of Massachusetts:

Northern District of Illinois

*The People of the State of Illinois v. Abbot Laboratories, et al.*, C.A. No. 1:06-5528

Eastern District of Kentucky

*Commonwealth of Kentucky ex rel. v. Warrick Pharmaceuticals Corp., et al.*,
    C.A. No. 3:06-69

Northern District of New York

*County of Schenectady v. Abbott Laboratories, Inc., et al.*, C.A. No. 1:06-1239
*County of Oswego v. Abbott Laboratories, Inc., et al.*, C.A. No. 5:06-1240

Western District of New York

*The County of Erie v. Abbott Laboratories, Inc., et al.*, C.A. No. 6:06-6505

Southern District of Ohio

*State of Ohio v. Dey, Inc., et al.*, C.A. No. 1:06-676

Eastern District of Pennsylvania

*Commonwealth of Pennsylvania, etc. v. Tap Pharmaceutical Products, Inc., et al.*,
    C.A. No. 2:06-4514

District of South Carolina

*State of South Carolina, et al. v. Dey, LP*, C.A. No. 3:06-2914
*State of South Carolina, et al. v. Dey, LP*, C.A. No. 3:06-2925

Western District of Wisconsin

*State of Wisconsin v. Amgen, Inc., et al.*, C.A. No. 3:06-582

Schedule of Matters for Hearing Session, Section B                           p. 13
Miami, Florida


MDL-1507 -- In re Prempro Products Liability Litigation

      Opposition of plaintiffs Myra Cook, et al., to transfer of the following action to the
United States District Court for the Eastern District of Arkansas:

              Southern District of Illinois

      *Myra Cook, et al. v. Wyeth, et al.*, C.A. No. 3:06-781


MDL-1596 -- In re Zyprexa Products Liability Litigation

      Oppositions of plaintiffs Betty Weathers and Jim Hood, etc., to transfer of their respective
following actions to the United States District Court for the Eastern District of New York:

              Middle District of Alabama

      *Betty Weathers v. Eli Lilly & Co., et al.*, C.A. No. 2:06-666

              Northern District of Mississippi

      *Jim Hood, etc. v. Eli Lilly & Co.*, C.A. No. 3:06-110


MDL-1598 -- In re Ephedra Products Liability Litigation

      Opposition of defendants Atrium, Inc., and Aspen Group, Inc., to transfer of the
following action to the United States District Court for the Southern District of New York:

              District of Kansas

      *Stephen Spicer v. New Image International, Inc., et al.*, C.A. No. 2:04-2184

Schedule of Matters for Hearing Session, Section B                              p. 14
Miami, Florida


MDL-1598 (Continued)


Motion of plaintiffs Jerome D. Kreutzer, et al., for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of California:

### Southern District of New York

*Jerome D. Kreutzer, et al. v. MII Liquidation, Inc., et al.*, C.A. No. 1:06-6654 (S.D. California, C.A. No. 3:06-885)


### MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Opposition of plaintiffs Charles Gray, et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

### Northern District of Texas

*Charles Gray, et al. v. Donna Stockman, et al.*, C.A. No. 4:06-676


### MDL-1648 -- In re Rubber Chemicals Antitrust Litigation

Opposition of defendants Flexsys America L.P.; Flexsys N.V.; Akzo Nobel Chemicals Internationals B.V.; and Nobel Chemicals, Inc., to transfer of the following action to the United States District Court for the Northern District of California:

### Northern District of Ohio

*Korea Kumbo Petrochemical Co., Ltd. v. Flexsys America, LP, et al.*, C.A. No. 1:06-1791


### MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Oppositions of plaintiffs and defendants Danny Jones, P.A.; Addi Sameh Abuel-Shar, M.D.; Saint Francis Hospital, Inc.; Philip Hess, M.D.; Jihad Khattab, M.D.; and Jian Xing, M.D., to transfer of their respective actions listed on Attachment A to the United States District Court for the Eastern District of Louisiana.

MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation
(No. II)

Opposition of plaintiffs Richard Lucey, et al., to transfer of the following action to the United States District Court for the Northern District of Indiana:

District of New Jersey

*Richard Lucey, et al. v. FedEx Ground Package Systems, Inc.*, C.A. No. 1:06-3738

MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Southern District of Alabama

*Arthur T. Sims, et al. v. Guidant Sales Corp., et al.*, C.A. No. 1:06-644

Eastern District of California

*Sallie Everett v. Guidant Corp., et al.*, C.A. No. 1:06-1116
*Piero Biondi, et al. v. Boston Scientific Corp., et al.*, C.A. No. 1:06-1150
*Randal Notestine v. Guidant Corp., et al.*, C.A. No. 2:06-1945
*Ronald Cameron, et al. v. Guidant Corp., et al.*, C.A. No. 2:06-1960
*Clifford Hosler, et al. v. Guidant Corp., et al.*, C.A. No. 2:06-1972

Northern District of California

*Alfred Martinez, et al. v. Guidant Corp., et al.*, C.A. No. 5:06-5244

Southern District of California

*Fred W. Seeger v. Guidant Corp., et al.*, C.A. No. 3:06-1685
*Theodore Hardson v. Guidant Corp., et al.*, C.A. No. 3:06-1687
*Bennie Shipley v. Guidant Corp., et al.*, C.A. No. 3:06-1688

Eastern District of Missouri

*Donald Alexander v. Boston Scientific Corp., et al.*, C.A. No. 4:06-1289

Schedule of Matters for Hearing Session, Section B                    p. 16
Miami, Florida


MDL-1715 -- In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

      Oppositions of plaintiffs Barbara S. Austin, Mildred Golden, Lisa M. Garacia, and Mary
A. Maltese to transfer of their respective following actions to the United States District Court for
the Northern District of Illinois:

                Northern District of Georgia

      *Barbara S. Austin v. Ameriquest Mortgage Co., et al.*, C.A. No. 1:06-1452

                Southern District of Georgia

      *Mildred Golden v. Ameriquest Mortgage Co.*, C.A. No. 4:06-36

                Middle District of Pennsylvania

      *Lisa M. Garacia v. Ameriquest Mortgage Co.*, C.A. No. 1:06-1595
      *Mary A. Maltese v. Ameriquest Mortgage Co.*, C.A. No. 1:06-1596


MDL-1718 -- In re Ford Motor Co. Speed Control Deactivation Switch Products Liability
           Litigation

      Oppositions of plaintiffs Louisiana Farm Bureau Casualty Insurance Co., et al.; James R.
Bixler; and West American Insurance Co., et al., to transfer of their respective following actions
to the United States District Court for the Eastern District of Michigan:

                Middle District of Louisiana

      *Louisiana Farm Bureau Casualty Insurance Co., et al. v. Ford Motor Co.*,
         C.A. No. 3:06-576

                Eastern District of Missouri

      *James R. Bixler v. Ford Motor Co.*, C.A. No. 4:06-1030

                District of South Carolina

      *West American Insurance Co., et al. v. Ford Motor Co.*, C.A. No. 8:06-2435

Schedule of Matters for Hearing Session, Section B                    p. 17
Miami, Florida


MDL-1721 -- In re Cessna 208 Series Aircraft Products Liability Litigation

      Opposition of defendant Cessna Aircraft Company to transfer of the following action to the United States District Court for the District of Kansas:

           Southern District of New York

     *Stephanie Ann Allan, et al. v. Cessna Aircraft Co., et al.*, C.A. No. 1:06-8197


MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

      Oppositions of plaintiff June Branson, etc., and defendant Medrtonic, Inc., to transfer of the respective following actions to the United States District Court for the District of Minnesota:

           Middle District of Florida

     *June Branson, etc. v. Medtronic, Inc., et al.*, C.A. No. 5:06-332

           Western District of Kentucky

     *Connie Farmer, et al. v. Medtronic, Inc.*, C.A. No. 3:06-152


MDL-1785 -- In re Bausch & Lomb Inc. Contact Lens Solution Products Liability Litigation

      Opposition of plaintiffs Michelle Sandford, et al., to transfer of the following action to the United States District Court for the District of South Carolina:

           Eastern District of Pennsylvania

     *Michelle Sandford, et al. v. Bausch & Lomb, Inc., et al.*, C.A. No. 2:06-4208

Schedule of Matters for Hearing Session, Section B                    p. 18
Miami, Florida


MDL-1789 -- In re Fosamax Products Liability Litigation

        Oppositions of plaintiffs Edward A. Morris, et al., and Anne E. Clayton to transfer of
their respective following actions to the United States District Court for the Southern District of
New York:

                Central District of California

    *Edward A. Morris, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-5587
    *Anne E. Clayton v. Merck & Co., Inc., et al.*, C.A. No. 2:06-6398

**ATTACHMENT A TO THE JANUARY 25, 2007**
**SCHEDULE OF MATTERS FOR HEARING SESSION**

MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

Eastern District of California

*Gladys Herring, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1826
*Ruth Beatty v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1845
*Mary Grove v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1941
*Donna Moret v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1954
*Maximo Rivera v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1957
*Linda Chamberlain v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1973
*Kap Sook Choi v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1977
*Witold Kolankowski v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1978
*Freeman Herring v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2079
*Emma Miguel v. Merck & Co., Inc., et al.*, C.A. No. 2:06-2215

Northern District of California

*Jeffrey Kaufman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-4921
*William C. Mullins v. Merck & Co., Inc., et al.*, C.A. No. 3:06-5534

Southern District of California

*Earl Alger v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1888
*Douglas Diaz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1889
*Raylene Diaz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1890
*Diane Dumas v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1891
*Judy Joseph v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1892
*Debra Robles v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1893
*Berit Nytzen v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1894
*Annette Williams v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1896
*Jayn Fields v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1897
*Brenda Eldridge v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1898
*William Eldridge v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1899
*David Fields v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1900
*Diane Cross v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1901
*Valada Embry v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1903

- 2 -

**MDL-1657 Attachment A (Continued)**

Southern District of California (Continued)

*Wanda Alger v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1904
*David Young, Sr. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1905
*George Dumas v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1906
*Carol Demasters v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1907
*Helen Eads v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1908
*Irma Young v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1909
*Evelyn Mazzone v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1951
*Jacqueline Battle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1953
*Robert Battle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1954
*James Mazzone v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1955
*Norwood Blatchford v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1956
*Margaret Choate v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1957
*Rosa Blatchford v. Merck & Co., et al.*, C.A. No. 3:06-1958
*Horst Baranasch v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1959
*Carol J. Heck v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1960
*Esperanza Juarez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1961
*Jesus Beato v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1962
*Alice Farmer v. Merck & Co, Inc., et al.*, C.A. No. 3:06-1963
*Susanne Barabasch v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1964
*Nina Pope v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1966
*Carmen Ramirez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1967
*Nancy Furman v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1968
*Jean Brooker v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1969
*Stephen Choate v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1970
*Glenna Settle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1971
*Frederick Settle v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1972
*Richard Brooker v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1973
*Alicia Beato v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1981
*Joel Christenson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1982
*Tina Diamond v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1983
*Loren Diamond v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1984
*Edward Gnau v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1985
*Srvilla Harris v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1986
*Victoria Kassab v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1987

- 3 -

**MDL-1657 Attachment A (Continued)**

<u>Southern District of California</u> (Continued)

*William Kay v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1988
*Hank Martinex v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1989
*Simena Woo v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1990
*Priscilla Wilson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1991
*Bobby Wilson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1992
*Leslie Weldy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1993
*Mary Stromberg v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1994
*Leona St. Onge v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1995
*Eloisa Santillan v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1996
*Betty Michal v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1997
*Minh Tam Nguyen v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1998
*Lou Ella Holmes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1999
*Betty Jo Kay v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2000
*Dearled Knotts v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2001
*Joanne Westover v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2003
*Stanley Westover v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2004
*Sharon Leezy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2005
*Carl Danek v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2006
*Lorraine Suder v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2007
*Mariane Power v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2008
*Louis Roah v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2009
*Dorothy Scott v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2010
*James Leezy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2011
*Angela Tourajigian v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2012
*Arnold Suder v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2013
*Jean Roah v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2014
*Charles Murphy v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2015
*Carlos Baylon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2016
*Debbie Clines v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2017
*Juan Leanos v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2018
*Michelle Bell v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2019
*Robert Brown v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2020
*Josephine Baylon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2021
*Kim Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2032

- 4 -

**MDL-1657 Attachment A (Continued)**

Southern District of California (Continued)

*Judith Schuff v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2033
*Jeff Goldberg v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2034
*Larry Dawes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2035
*Phyllis Cruz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2036
*Jose Cruz v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2037
*David J. Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2038
*Martha Brault v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2039
*Inez Goldenberg v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2040
*Evelyn Green v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2041
*Anita Kincade v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2042
*Catherine Janes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2043
*Alfred Brault v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2044
*Harold James v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2045
*Egon Ohlendorf v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2046
*Robert Gans v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2047
*Nancy Jackson-Dawes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2048
*Frances Gans v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2049
*Denise Radovan-Alfonso v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2115
*Francisco Silva v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2116
*Maria Santiago v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2117
*James Rhodes v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2118
*Mark Williams v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2119
*Vickie Brendel v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2120
*Perseveranda Smith v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2121
*Fred Black, Sr. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2122
*Jean Cardinal-McQuery v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2123
*Bella Jacobs v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2124
*Larry Valenti v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2125
*Patricia Martinez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2126
*Patricia May Hilliard v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2127
*Jan Schmidt v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2128
*Steven Hampton v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2129
*Jean McNeese v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2130
*Dale Lloyd v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2131

- 5 -

**MDL-1657 Attachment A (Continued)**

### Southern District of California (Continued)

*Augustin Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2132
*Kenneth Lowry v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2133
*Donna Hall v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2134
*Jacqueline Lowry v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2135
*Dolores Lloyd v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2136
*Brian Coit v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2137
*Juan Silva v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2138
*Frances Bushong v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2139
*Maria Osuna v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2152
*Thomas Perfetto v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2153
*Randy Valentine v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2154
*Andres De Casas v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2155
*Anna Combite v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2156
*S. Anne Hamilton v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2157
*Aloysius Kremer v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2158
*Winifred Morris v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2159
*Darnell Hudson v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2160
*Viola Kremer v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2161
*Marietta Orpilla v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2163
*Joyce Perfetto v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2164
*Amineh Younis v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2165
*Ahmad Younis v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2166
*Michelle McMahon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2259
*Darren McMahon v. Merck & Co., Inc., et al.*, C.A. No. 3:06-2260

### Middle District of Florida

*Louise M. Griffin, etc. v. Merck & Co., Inc., et al.*, C.A. No. 8:06-1806

### District of Hawaii

*John R. McClelland, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-543

- 6 -

**MDL-1657 Attachment A (Continued)**

Western District of Kentucky

*Cynthia Chesser, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:06-521

Northern District of Mississippi

*Michael A. Collier v. Merck & Co., Inc., et al.*, C.A. No. 1:06-265

Eastern District of Missouri

*Stephen D. Murch v. Merck & Co., Inc., et al.*, C.A. No. 4:06-1157
*Forrest Lincoln, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-1372

District of Nevada

*Albertine Avant, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1313
*Buddy Batiz, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1317
*Richard Booth, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1318
*Don Chapman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1319
*Norma Coon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1320
*Ralph Cox, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-1323

Northern District of New York

*Dennis Richard Harrison v. Merck & Co., Inc.*, C.A. No. 1:06-932

Southern District of New York

*Elena Strujan v. Merck & Co., Inc.*, C.A. No. 1:06-7745

Eastern District of North Carolina

*Eugene Seals, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-115

Northern District of Oklahoma

*Wanda Ferrell, etc. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-561

- 7 -

**MDL-1657 Attachment A (Continued)**

<u>Western District of Oklahoma</u>

*Stella Claypool v. Merck & Co., Inc., et al.*, C.A. No. 5:06-1030

<u>Eastern District of Texas</u>

*Elton White, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-638
*James Williams v. Merck & Co., Inc., et al.*, C.A. No. 6:06-433

<u>Northern District of Texas</u>

*Rose Fogiel v. Merck & Co., Inc., et al.*, C.A. No. 3:06-1748

<u>Southern District of Texas</u>

*Dominga R. Castro v. Merck & Co., Inc., et al.*, C.A. No. 1:06-150
*Patricia Hernandez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-151
*Olivia Robinson v. Merck & Co., Inc., et al.*, C.A. No. 1:06-152
*Gwendolyn Ann Herron, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-163
*Blanca D. Jimenez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-165
*Veronica Zamora v. Merck & Co., Inc., et al.*, C.A. No. 1:06-171
*Sandra Smith v. Merck & Co., Inc., et al.*, C.A. No. 1:06-172
*Ben Longoria v. Merck & Co., Inc., et al.*, C.A. No. 1:06-174
*Celia M. Sanchez v. Merck & Co., Inc., et al.*, C.A. No. 1:06-175
*Delia Cantu, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:06-404
*Lucia Gonzalez v. Merck & Co., Inc., et al.*, C.A. No. 2:06-424
*Minerva H. Rosas v. Merck & Co., Inc., et al.*, C.A. No. 2:06-427
*Alison Nettles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:06-3191
*Edward M. Steele v. Merck & Co., Inc., et al.*, C.A. No. 5:06-147
*Noemi Guzman Mata v. Merck & Co., Inc., et al.*, C.A. No. 7:06-253
*Maria Dolores Herrera, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-255
*Estela Guerra, et al. v. Merck & Co., Inc., et al.*, C.A. No. 7:06-261
*Cristina Hernandez Mendoza v. Merck & Co., Inc., et al.*, C.A. No. 7:06-262
*Hortencia Rosalez v. Amerisource, Inc., et al.*, C.A. No. 7:06-269
*Maria Gonzalez de Ramirez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-278
*Martha B. Torres v. Merck & Co., Inc., et al.*, C.A. No. 7:06-279

- 8 -

**MDL-1657 Attachment A (Continued)**

### Southern District of Texas (Continued)

*Petra Ybarra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-288
*Luis Cantu v. Merck & Co., Inc., et al.*, C.A. No. 7:06-289
*Emma Cuellar v. Merck & Co., Inc., et al.*, C.A. No. 7:06-295
*Maria C. Cardenas v. Merck & Co., Inc., et al.*, C.A. No. 7:06-296
*Gloria Mascorro v. Merck & Co., Inc., et al.*, C.A. No. 7:06-297
*Maria Gloria Ybarra v. Merck & Co., Inc., et al.*, C.A. No. 7:06-308
*Aida Vasquez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-311
*Irma Solis v. Merck & Co., Inc., et al.*, C.A. No. 7:06-312
*Francisca Villarreal v. Merck & Co., Inc., et al.*, C.A. No. 7:06-315
*Elma Martinez v. Merck & Co., Inc., et al.*, C.A. No. 7:06-316
*Elvira Serna v. Merck & Co., Inc., et al.*, C.A. No. 7:06-317

### Western District of Texas

*Ronnie D. Fox, etc. v. Merck & Co., Inc.*, C.A. No. 1:06-748
*Barbara J. Baxter v. Merck & Co., Inc., et al.*, C.A. No. 1:06-749
*Katherine Arney, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:06-771
*Eddie Roy Tealer v. Merck & Co., Inc., et al.*, C.A. No. 1:06-772
*Ramona Wright v. Merck & Co., Inc., et al.*, C.A. No. 1:06-779
*Jesus Avila v. Merck & Co., Inc.*, C.A. No. 1:06-786
*Ina M. Teller v. Merck & Co., Inc., et al.*, C.A. No. 1:06-804
*Jonna Murchison v. Merck & Co., Inc., et al.*, C.A. No. 1:06-805
*Brian G. Thompson v. Merck & Co., Inc., et al.*, C.A. No. 1:06-806
*Juanita Phillips v. Merck & Co., Inc., et al.*, C.A. No. 1:06-827
*James Townsley v. Merck & Co., Inc., et al.*, C.A. No. 1:06-849
*Richard Rodriguez, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:06-785

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:    HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
          (i)    the dispositive issue(s) have been authoritatively decided; or
          (ii)   the facts and legal arguments are adequately presented in the briefs and record,
                 and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided. Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.

MDL DOCKET NO. 1822

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **JANUARY 8, 2007**

TO:    .Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC 20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
          the Panel hearing session on behalf of the designated party/parties.  Panel Rule 16.1(e) states that:

> Except for leave of the Panel on a showing of good cause, only those parties to actions
> scheduled for oral argument who have filed a motion or written response to a motion or order
> shall be permitted to appear before the Panel and present oral argument.
>
> Also note Rule 16.1(f) requiring counsel with like positions to confer prior to the oral
> argument for the purpose of selecting a spokesperson to avoid duplication during oral
> argument.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
          pursuant to Rule 16.1(d).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL
          OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
          designated attorney shall present oral argument at the Panel hearing session on behalf of the
          designated party/parties pursuant to Rule 16.1(d).

_____    _____    _____
        ·Date                          Name                          Authorized Signature

Party/Parties Represented, District(s) & Civil Action Number(s) (**list even if waiving**):

Name and Address of Attorney Designated to Present Oral Argument:

Telephone No.: _____

*ORIGINAL ONLY OF ORAL ARGUMENT APPEARANCE NEEDED FOR FILING.* ***THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE
WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS ORAL ARGUMENT APPEARANCE.***

JPML Form 9 (4/01)

# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

## ADVISORY

Counsel appearing for oral argument before the Panel are advised to familiarize themselves with local court practices that may prohibit bringing cellphones and/or computers into the courthouse.