1  Dana N. Gwaltney (SBN 209530)
   dgwaltney@shb.com
2  Mia O. Solvesson (SBN 246291)
   msolvesson@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 
   SETA SAAD and CHRISTIAN E. SAAD,              Case No. C 08-0053-PJH
12 individually and as representatives of the Estate
   of RAYMOND SAAD,                              **[PROPOSED] ORDER DENYING**
13                                               **PLAINTIFFS' MOTION FOR REMAND**
             Plaintiffs,
14
       vs.
15
   GUIDANT CORPORATION; GUIDANT
16 SALES CORPORATION; CARDIAC
   PACEMAKERS, INC.; BOSTON SCIENTIFIC
17 CORPORATION; ASHLEY & MCMULLEN-
   WING SUN MORTUARY, a business entity
18 form unknown; ASHLEY & MCMULLEN, a
   business entity form unknown; and DOES 1
19 through 20, inclusive,

20           Defendants.

21
22
23
24
25
26
27
                                     1
28                [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND
                                                  CASE NO. C 08-0053-PJH
   135216v1

Plaintiff's Motion to Remand came on for hearing before this Court on February 20, 2008. Upon consideration of all the papers filed in connection therewith, and the arguments of counsel, as well as all other papers on file in this action, Plaintiff's Motion to Remand is hereby DENIED.

IT IS SO ORDERED.

Dated: _____

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE