| | |
|---|---|
| 1 | Dana N. Gwaltney (SBN 209530) |
|   | dgwaltney@shb.com |
| 2 | Sara J. Romano (SBN 227467) |
|   | sromano@shb.com |
| 3 | SHOOK, HARDY & BACON L.L.P. |
|   | 333 Bush Street, Suite 600 |
| 4 | San Francisco, California 94104-2828 |
|   | Telephone:   415.544.1900 |
| 5 | Facsimile:   415.391.0281 |
| 6 | Attorneys for Defendants |
|   | GUIDANT CORPORATION, GUIDANT SALES |
| 7 | CORPORATION, CARDIAC PACEMAKERS, INC., and |
|   | BOSTON SCIENTIFIC CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD, <br><br> Plaintiffs, <br><br> vs. <br><br> GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. C 08-0053-PJH <br><br> CERTIFICATE OF SERVICE <br><br> Complaint filed: October 29, 2007 |

CERTIFICATE OF SERVICE
CASE NO. C 08-0053-PJH

135298V1

## CERTIFICATE OF SERVICE VIA OVERNIGHT MAIL

I, Andrea Moresco, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for overnight mailing with Federal Express, which is that correspondence for overnight mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of business, to be delivered the following business day by 5:00 p.m.

On January 30, 2008, I served the following:

OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND; and

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR REMAND

on the parties in this action by placing true copies thereof in sealed Federal Express envelopes addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

Donald S. Edgar
Jeremy R. Fietz
Rex Grady
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

**COUNSEL FOR DEFENDANT CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY:**

Merrilee C. Miller
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Telephone: (415) 348-4150
Facsimile: (800) 914-3772

CERTIFICATE OF SERVICE
CASE NO. C 08-0053-PJH

135298V1

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 30, 2008.

_____
ANDREA MORESCO