Dana N. Gwaltney (SBN 209530)
  dgwaltney@shb.com
Mia O. Solvesson (SBN 246291)
  msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC., and
BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 08-0053-PJH<br><br>**NOTICE OF ISSUANCE OF CONDITIONAL TRANSFER ORDER NO. 50 BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Complaint filed: October 29, 2007 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 28, 2008, the Judicial Panel on Multidistrict Litigation ("JPML") filed Conditional Transfer Order 50 ("CTO 50") in *In re Guidant Corp. Implantable Defibrillators Products Liability Litigation*. This Order conditionally transfers this action, *Saad v. Guidant Corporation et al.*, to the District of Minnesota ("MDL") and assigns it to the Honorable Donovan W. Frank. A copy of CTO 50 is attached as Exhibit A.

Defendants Guidant Corporation, Guidant Sales Corporation, Endovascular Technologies, Inc. and Boston Scientific Corporation's (collectively "Guidant") Motion to Stay Pending Transfer to MDL Court, which Plaintiffs have opposed, is currently set for hearing before Your Honor on February 20, 2008 at 9:00 a.m. Defendants' Motion to Stay addresses similar jurisdictional issues to those raised by Plaintiffs' pending Motion for Remand, which Defendants have opposed and which is also scheduled for hearing on February 20, 2008 at 9:00 a.m. This Notice supports Defendants' position that pretrial deadlines should be stayed and that any decision on Plaintiffs' Motion for Remand be deferred at this time to allow the JPML to resolve issues relating to the transfer of this case to the MDL.

DATED: February 4, 2008                    Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   /S/ Mia O. Solvesson
       DANA N. GWALTNEY
       MIA O. SOLVESSON

Attorneys for Defendants
GUIDANT CORPORATION,
GUIDANT SALES CORPORATION,
ENDOVASCULAR TECHNOLOGIES, INC.,
and BOSTON SCIENTIFIC CORPORATION