UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SETA SAAD, et al.,

        Plaintiffs,

        v.

GUIDANT CORPORATION, et al.,

        Defendants.
_____/

No. C 08-0053 PJH

**ORDER GRANTING DEFENDANTS' MOTION TO STAY**

    Having received notice of the conditional transfer of the above-entitled action to the multidistrict litigation pending in the District of Minnesota, the court finds that the action must be STAYED.

**IT IS SO ORDERED.**

Dated: February 4, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge