Donald S. Edgar, Esq., SBN 139324
Jeremy R. Fietz, Esq., SBN 200396
Rex Grady, Esq., SBN 232236
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, California 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of Raymond Saad,<br><br>    Plaintiffs,<br><br>v.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown, ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No: C 08-00053-PJH<br><br>**ADMINISTRATIVE MOTION TO HAVE MOTION FOR REMAND HEARD**<br><br>Honorable Phyllis J. Hamilton<br><br>Removal Filed: January 4, 2008 |

PLEASE TAKE NOTICE THAT <u>THIS COURT HAS JURISDICTION OVER THIS MATTER DESPITE THE CONDITIONAL TRANSFER ORDER:</u> PLAINTIFFS RESPECTFULLY REQUEST THAT THE COURT EXERCISE ITS JURISDICTION AND EXAMINE THE MOTION FOR REMAND.

On January 28, 2008, the Judicial Panel Filed a Transfer Order of this and other Guidant cases; however, the order explicitly states that the transfer:

---

REPLY IN SUPPORT OF MOTION FOR REMAND                        08-00053 PJH
                                                             Page 1

order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.[1]

Plaintiffs have filed a Notice of Opposition to the transfer based upon the impropriety of removal and to afford this Court ample time to hear and consider the remand issue.[2] As a result of filing the Notice of Opposition to the transfer, the JPML will not transfer the case until after this Court has had an opportunity to consider and rule on the motion for remand. Indeed the JPML Rules explicitly grant parties the right to stay the transfer in order that parties have the right to address improprieties concerning federal and/or JPML jurisdiction.[3] Moreover, the JPML explicitly recognizes that this Court may remand the matter and has simply asked to be notified of a remand (presumably so they will know that the federal court no longer has jurisdiction).[4] If this Court grants Plaintiffs' Motion For Remand, Plaintiffs will promptly notify the JPML of same.

**PLAINTIFFS RESPECTFULLY REQUEST THAT THE COURT EXERCISE ITS JURISDICTION AND EXAMINE THE MOTION FOR REMAND.**

Dated: February 4, 2008

By: Jeremy R. Fietz, Esq. (State Bar No. 200396)
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401

---

[1] JPML Conditional Tranfer Order is attached to the Supplemental Declaration of Jeremy R. Fietz as Exhibit B.
[2] See Plaintiffs' letter Notice of Opposition dated February 4, 2008, attached hereto as Exhibit C.
[3] See JPML Rule 7.4 attached to the Supplemental Declaration of Jeremy R. Fietz as Exhibit D
[4] See letter from the JPML attached to the Supplemental Declaration of Jeremy R. Fietz as Exhibit E.

## PROOF OF SERVICE

I am employed in the City and County of Santa Rosa, State of California. I am over the age of 18 and not a party to the within action. My business address is 408 College Avenue, Santa Rosa, California 95401. On February 4, 2008, I served the foregoing document(s) described as:

**ADMINISTRATIVE MOTION TO HAVE MOTION FOR REMAND HEARD**

on the interested parties by placing ( ) the original ( X ) a true and correct copy thereof in a sealed envelope addressed as follows:

Dana N. Gwaltney, Esq.
SHOOK HARDY & BACON LLP
333 Bush Street, Suit 600
San Francisco, CA  94104-2828
Telephone: 415/544-1900
Facsimile: 415/391-0281

**Attorneys for Guidant Corporation, Guidant Sales Corporation; Cardiac Pacemakers, Inc., and Boston Scientific Corporation**

Merrilee C. Miller, Esq.
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Telephone:(415) 348-4150
Facsimile: (800) 914-3772

**Attorneys for Cathay Mortuary Wah Sang Inc. dba Ashley & McMullen Mortuary**

[X]  VIA OVERNIGHT MAIL:

VIA : By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[ ]  VIA U.S. MAIL:

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice such envelope(s) would be deposited with the U.S. postal service with postage thereon fully prepaid, at Santa Rosa, California.

[X]  FEDERAL:

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on February 5, 2008

*/s/ Jeremy R. Fietz*
JEREMY R. FIETZ

---

REPLY IN SUPPORT OF MOTION FOR REMAND

08-00053 PJH
Page 3