```
 1  Dana N. Gwaltney (SBN 209530)
       dgwaltney@shb.com
 2  Mia O. Solvesson (SBN 246291)
       msolvesson@shb.com
 3  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 4  San Francisco, California 94104-2828
    Telephone:    415.544.1900
 5  Facsimile:    415.391.0281

 6  Attorneys for Defendants
    GUIDANT CORPORATION, GUIDANT SALES
 7  CORPORATION, CARDIAC PACEMAKERS, INC., and
    BOSTON SCIENTIFIC CORPORATION
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETA SAAD and CHRISTIAN E. SAAD, individually and as representatives of the Estate of RAYMOND SAAD,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; ASHLEY & MCMULLEN-WING SUN MORTUARY, a business entity form unknown; ASHLEY & MCMULLEN, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 08-0053-PJH<br><br>**NOTICE OF WITHDRAWAL OF SARA J. ROMANO AS COUNSEL OF RECORD FOR DEFENDANTS GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC., AND BOSTON SCIENTIFIC CORPORATION**<br><br>Complaint filed: October 29, 2007 |

TO THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Sara J. Romano (SBN 227467), formally with the law firm of Shook, Hardy & Bacon L.L.P., is hereby withdrawn as counsel of record for Defendants Guidant Corporation, Guidant Sales Corporation, Endovascular Technologies, Inc. and Boston Scientific Corporation, effective immediately. The Court and counsel should continue to send all pleadings, orders, and notices to Dana N. Gwaltney and Mia O. Solvesson of this office, as counsel of record for Defendants Guidant Corporation, Guidant Sales Corporation, Endovascular Technologies, Inc. and Boston Scientific Corporation, as well as to other counsel of record for Defendants requiring service in MDL 1708, *In re: Guidant Corp. Implantable Defibrillators Product Liability Litigation.*

DATED: February 8, 2008                                Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: __/S/ Mia O. Solvesson__
    DANA N. GWALTNEY
    MIA O. SOLVESSON

Attorneys for Defendants
GUIDANT CORPORATION,
GUIDANT SALES CORPORATION,
ENDOVASCULAR TECHNOLOGIES, INC.,
and BOSTON SCIENTIFIC CORPORATION