1  Dana N. Gwaltney (SBN 209530)
     dgwaltney@shb.com
2  Mia O. Solvesson (SBN 246291)
     msolvesson@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendants
   GUIDANT CORPORATION, GUIDANT SALES
7  CORPORATION, CARDIAC PACEMAKERS, INC., and
   BOSTON SCIENTIFIC CORPORATION
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12 | SETA SAAD and CHRISTIAN E. SAAD,        ) Case No.  C 08-0053-PJH
   | individually and as representatives of the Estate )
13 | of RAYMOND SAAD,                        ) **CERTIFICATE OF SERVICE**
   |                                          )
14 |         Plaintiffs,                      ) Complaint filed: October 29, 2007
   |                                          )
15 |   vs.                                    )
   |                                          )
16 | GUIDANT CORPORATION; GUIDANT             )
   | SALES CORPORATION; CARDIAC               )
17 | PACEMAKERS, INC.; BOSTON SCIENTIFIC      )
   | CORPORATION; ASHLEY & MCMULLEN-          )
18 | WING SUN MORTUARY, a business entity     )
   | form unknown; ASHLEY & MCMULLEN, a       )
19 | business entity form unknown; and DOES 1 )
   | through 20, inclusive,                   )
20 |                                          )
   |         Defendants.                      )
21

22

23

24

25

26

27

28
                                                              CERTIFICATE OF SERVICE
                                                              CASE NO. C 08-0053-PJH

135684V1

## CERTIFICATE OF SERVICE VIA U.S. MAIL

I, Andrea Moresco, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the United States Postal Service, which is that correspondence for mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of business.

On February 8, 2008, I served the following:

**NOTICE OF WITHDRAWAL OF SARA J. ROMANO AS COUNSEL OF RECORD FOR DEFENDANTS GUIDANT CORPORATION, GUIDANT SALES CORPORATION, CARDIAC PACEMAKERS, INC., AND BOSTON SCIENTIFIC CORPORATION**

on the parties in this action by placing true copies thereof in sealed envelopes addressed as follows:

**COUNSEL FOR PLAINTIFFS:**

Donald S. Edgar
Jeremy R. Fietz
Rex Grady
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

CERTIFICATE OF SERVICE
CASE NO. C 08-0053-PJH

2

135684V1

**COUNSEL FOR DEFENDANT CATHAY MORTUARY WAH SANG INC. dba ASHLEY & MCMULLEN MORTUARY:**

Merrilee C. Miller
LAW OFFICES OF WILLIAM J. DIFFENDERFER
One Market, Spear Tower, Suite 2150
San Francisco, CA 94105
Telephone: (415) 348-4150
Facsimile: (800) 914-3772

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on February 8, 2008.

_____
ANDREA MORESCO

CERTIFICATE OF SERVICE
CASE NO. C 08-0053-PJH

3

135684V1