Case 0:05-md-01708-DWF-AJB   Document 2627   Filed 02/28/2008   Page 1 of 1

FILED
08 MAR -7 AM 11:33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2008

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

FEB 25 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GUIDANT CORP. IMPLANTABLE
DEFIBRILLATORS PRODUCTS
LIABILITY LITIGATION
Seta Saad, et al. v. Guidant Corp., et al.,
N.D. California, C.A. No. 3:08-53  08-570                  )  MDL No. 1708
                                    PJH

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Saad*) on January 28, 2008. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Saad* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-50" filed on January 28, 2008, is LIFTED insofar as it relates to this action. The action is transferred to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Donovan W. Frank.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in _____/_____ sheet(s)
of the record in my custody,
CERTIFIED, 3-3-08 20___
Richard D. Sletten, Clerk
BY: MK _____
Deputy Clerk

SCANNED
MAR 3 2008
U.S. DISTRICT COURT MPLS

# United States District Court
## District of Minnesota
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415



RICHARD D SLETTEN, CLERK
(612) 664-5000

March 3, 2008

Mr. Richard W. Wieking, Clerk
United States District Court
Phillip Burton United States Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3434

In re:  MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
YOUR CASE NUMBER: C.A. No. 3:08-53   Saad v. Boston Scientific
DISTRICT OF MINNESOTA CASE NUMBER: 08-570 DWF/AJB

Dear Clerk:

An certified copy of transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on February 28, 2008   Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Judge Donovan W. Frank
    Judicial Panel on Multidistrict Litigation