**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 11, 2008

United States District Court
District of Minnesota
Office of the Clerk
300 S. Fourth Street, Room 202
Minneapolis, MN 55415

**RE: MDL-1708 In re Guidant Corp. Implantable Defibrillators Products Liability Litigation**
**OUR CASE NUMBER:  CV 08-00053 PJH  SETA SAAD-v-GUIDANT CORPORATION**
**YOUR CASE NUMBER: 08-570 DWF/AJB**

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐    Certified copy of docket entries.

☐    Certified copy of Transferral Order.

☐    Original case file documents.

X    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record