ADRMOP, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-00053-PJH
## Internal Use Only

Saad et al v. Guidant Corporation et al
Assigned to: Hon. Phyllis J. Hamilton
Case in other court: San Francisco County Superior Court, CGC 7-468614
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 01/04/2008
Date Terminated: 03/07/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Seta Saad**
*individually and as representatives of the Estate of Raymond Saad*

represented by **Donald S. Edgar**
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
707- 545-3200
Fax: 707-578-3040
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy R. Fietz**
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
707-545-3200
Fax: 707-578-3040
Email: jeremy@classattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rex Grady**
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401
707-545-3200
Fax: 707-578-3040
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian E. Saad**
*individually and as representatives of the*

represented by **Donald S. Edgar**
(See above for address)

*Estate of Raymond Saad*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeremy R. Fietz**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Rex Grady**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Guidant Corporation**                    represented by  **Dana Nicole Gwaltney**
                                                          Shook Hardy & Bacon L.L.P.
                                                          333 Bush Street
                                                          Suite 600
                                                          San Francisco, CA 94104-2828
                                                          (415) 544-1900
                                                          Fax: 415-391-0281
                                                          Email: dgwaltney@shb.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mia Ottilia Solvesson**
                                                          Shook, Hardy & Bacon L.L.P.
                                                          333 Bush Street, Suite 600
                                                          San Francisco, CA 94104
                                                          415-544-1900
                                                          Fax: 415-391-0281
                                                          Email: msolvesson@shb.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sara J. Romano**
                                                          Shook, Hardy & Bacon, L.L.P.
                                                          333 Bush St., Suite 600
                                                          San Francisco, CA 94104-2828
                                                          (415) 544-1900
                                                          Fax: (415) 391-0281
                                                          *TERMINATED: 02/08/2008*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Guidant Sales Corporation**              represented by  **Dana Nicole Gwaltney**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Mia Ottilia Solvesson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sara J. Romano**
(See above for address)
*TERMINATED: 02/08/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cardiac Pacemakers, Inc.**                    represented by **Dana Nicole Gwaltney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mia Ottilia Solvesson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sara J. Romano**
(See above for address)
*TERMINATED: 02/08/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Boston Scientific Corporation**              represented by **Dana Nicole Gwaltney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mia Ottilia Solvesson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sara J. Romano**
(See above for address)
*TERMINATED: 02/08/2008*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ashley & McMullen-Wing Sun Mortuary**        represented by **Merrilee C. Miller**
*a business entity form unknown*                              Law Offices of William J. Diffenderfer
One Market, Spear Tower
Suite 2150
San Francisco, CA 94105
415-348-4150
Fax: 800-914-3772
Email: merhag@safeco.com
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

**Ashley & McMullen**                          represented by **Merrilee C. Miller**
*a business entity form unknown*                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2008 | ⬤ 1 | NOTICE OF REMOVAL /no process from San Francisco County Superior. Their case number is CGC-07468614. (Filing fee $350 receipt number 34611014157). Filed byGuidant Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (ga, COURT STAFF) (Filed on 1/4/2008) (far, COURT STAFF) (Entered: 01/07/2008) |
| 01/04/2008 | ⬤ 2 | Certificate of Interested Entities by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 1 Notice of Removal, (ga, COURT STAFF) (Filed on 1/4/2008) (far, COURT STAFF). (Entered: 01/07/2008) |
| 01/04/2008 | ⬤ 3 | Disclosure Statement re 1 Notice of Removal, filed byGuidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (ga, COURT STAFF) (Filed on 1/4/2008) (far, COURT STAFF). (Entered: 01/07/2008) |
| 01/04/2008 | ⬤ 4 | NOTICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 1 Notice of Removal, (ga, COURT STAFF) (Filed on 1/4/2008) (far, COURT STAFF). (Entered: 01/07/2008) |
| 01/04/2008 | ⬤ 5 | ADR SCHEDULING ORDER: Case Management Conference set for 4/10/2008 10:00 AM. Case Management Statement due by 4/3/2008.. Signed by Judge Maria-Elena James on 1/4/08. (Attachments: # 1 Judge James Standing Order, # 2 Court Standing Order, # 3 Consent/Decline Form)(ga, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/07/2008) |
| 01/04/2008 | ⬤ | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/07/2008) |
| 01/04/2008 | ⬤ 8 | NOTICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 1 Notice of Removal, (ga, COURT STAFF) (Filed on 1/4/2008) (far, COURT STAFF). (Entered: 01/08/2008) |
| 01/04/2008 | ⬤ 9 | CERTIFICATE OF SERVICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 1 Notice of Removal, 3 Statement of Non-Opposition, 2 Certificate of Interested Entities, 4 Notice (Other) (ga, COURT STAFF) (Filed on 1/4/2008) (far, COURT STAFF). (Entered: 01/08/2008) |
| 01/07/2008 | ⬤ 6 | Declination to Proceed Before a U.S. Magistrate Judge by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (Romano, Sara) (Filed on 1/7/2008) (Entered: 01/07/2008) |
| 01/07/2008 | ⬤ 7 | CERTIFICATE OF SERVICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 6 Declination to Proceed Before a U.S. Magistrate Judge, 5 ADR Scheduling Order, (Romano, Sara) (Filed on |

| | | |
|---|---|---|
| | | 1/7/2008) (Entered: 01/07/2008) |
| 01/10/2008 | 🔵10 | MOTION to Stay *Pending Transfer to MDL Court* filed by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. Motion Hearing set for 2/21/2008 10:00 AM in Courtroom B, 15th Floor, San Francisco. (Solvesson, Mia) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 🔵11 | Declaration of Mia O. Solvesson in Support of 10 MOTION to Stay *Pending Transfer to MDL Court* filed byGuidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 10 ) (Solvesson, Mia) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 🔵12 | Proposed Order re 10 MOTION to Stay *Pending Transfer to MDL Court* by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (Solvesson, Mia) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/10/2008 | 🔵13 | CERTIFICATE OF SERVICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 12 Proposed Order, 11 Declaration in Support, 10 MOTION to Stay *Pending Transfer to MDL Court* (Solvesson, Mia) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/15/2008 | 🔵14 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/15/2008 | 🔵15 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge Maria-Elena James no longer assigned to the case.. Signed by Executive Committee on 1/15/08. (as, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/15/2008 | 🔵16 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 4/3/2008. Case Management Conference set for 4/10/2008 02:30 PM.. Signed by Judge Phyllis J. Hamilton on 1/15/08. (fj, COURT STAFF) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/15/2008 | 🔵17 | NOTICE OF MOTION AND MOTION to Remand; MEMORANDUM OF POINTS AND AUTHORITIES filed by Seta Saad, Christian E. Saad. Motion Hearing set for 2/20/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Fietz, Jeremy) (Filed on 1/15/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/15/2008) |
| 01/15/2008 | 🔵18 | Declaration of Jeremy R. Fietz In Support of 17 Motion To Remand filed by Seta Saad, Christian E. Saad. (Fietz, Jeremy) (Filed on 1/15/2008) Modified on 1/16/2008 (far, COURT STAFF). (Entered: 01/15/2008) |
| 01/15/2008 | 🔵19 | Proposed Order Granting 17 Motion For Remand by Seta Saad, Christian E. Saad. (Fietz, Jeremy) (Filed on 1/15/2008) Modified on 1/16/2008 (far, COURT STAFF). (Entered: 01/15/2008) |
| 01/16/2008 | 🔵20 | CLERK'S NOTICE re: Notice of Removal 1 , Certificate of Interested Entities 2 , Disclosure Statement 3 , Notice 4 , Notice 8 and Certificate of Service 9 ; Failure to E-File and/or Failure to Register as an E-Filer (far, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 | 🔵21 | RE-NOTICE of MOTION 10 and MOTION to Stay Pending Transfer to MDL Court |

| | | |
|---|---|---|
| | | filed by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. Motion Hearing set for 2/20/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Solvesson, Mia) (Filed on 1/16/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/16/2008) |
| 01/16/2008 | 22 | Declaration of Mia O. Solvesson in Support of 21 MOTION to Stay *pending Transfer to MDL Court* filed byGuidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 21 ) (Solvesson, Mia) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 | 23 | Proposed Order re 21 MOTION to Stay *pending Transfer to MDL Court* by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (Solvesson, Mia) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 | 24 | CERTIFICATE OF SERVICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 23 Proposed Order, 22 Declaration in Support, 21 MOTION to Stay *pending Transfer to MDL Court* (Solvesson, Mia) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 | | Set/Reset Deadlines as to 10 MOTION to Stay *Pending Transfer to MDL Court*. Motion Hearing set for 2/20/2008 09:00 AM. (far, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/30/2008) |
| 01/16/2008 | | (Court only) ***Motions terminated: 10 MOTION to Stay *Pending Transfer to MDL Court* filed by Boston Scientific Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Guidant Corporation. (far, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/30/2008) |
| 01/30/2008 | 25 | JOINDER in Plaintiffs' Opposition to The Guidant Defendants' Motion to Stay Pending Transfer to MDL Court by Ashley & McMullen-Wing Sun Mortuary, Ashley & McMullen. (Hague, Merrilee) (Filed on 1/30/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/30/2008) |
| 01/30/2008 | 26 | JOINDER in 17 Plaintiffs' Motion for Remand by Ashley & McMullen-Wing Sun Mortuary, Ashley & McMullen. (Hague, Merrilee) (Filed on 1/30/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/30/2008) |
| 01/30/2008 | 27 | DECLARATION of Merrilee C. Miller in Support of 26 Joinder by Ashley & McMullen-Wing Sun Mortuary, Ashley & McMullen. (Hague, Merrilee) (Filed on 1/30/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/30/2008) |
| 01/30/2008 | 28 | OPPOSITION to 17 MOTION to Remand filed by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Related document(s) 17 ) (Gwaltney, Dana) (Filed on 1/30/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/30/2008) |
| 01/30/2008 | 29 | PROPOSED ORDER denying 17 Plaintiffs' Motion to Remand by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation. (Gwaltney, Dana) (Filed on 1/30/2008) Modified on 1/30/2008 (far, COURT STAFF). (Entered: 01/30/2008) |

| | | |
|---|---|---|
| 01/30/2008 | 30 | CERTIFICATE OF SERVICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 28 Memorandum in Opposition, 29 Proposed Order (Gwaltney, Dana) (Filed on 1/30/2008) (Entered: 01/30/2008) |
| 02/04/2008 | 31 | NOTICE of Issuance of Conditional Transfer Order No. 50 by Judicial Panel on Multidistrict Litigation by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation (Attachments: # 1 Exhibit A) (Solvesson, Mia) (Filed on 2/4/2008) Modified on 2/6/2008 (far, COURT STAFF). (Entered: 02/04/2008) |
| 02/04/2008 | 32 | CERTIFICATE OF SERVICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 31 Notice (Other), Notice (Other) (Solvesson, Mia) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 33 | NOTICE That This Case is Not Transferred and This Court Still Has Jurisdiction by Seta Saad, Christian E. Saad (Fietz, Jeremy) (Filed on 2/4/2008) Modified on 2/6/2008 (far, COURT STAFF). (Entered: 02/04/2008) |
| 02/04/2008 | 34 | ORDER by Judge Hamilton finding as moot 17 Motion to Remand; granting 21 Motion to Stay (pjhlc1, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 35 | REPLY in Support of 17 Plaintiffs' Motion for Remand filed by Seta Saad, Christian E. Saad. (Fietz, Jeremy) (Filed on 2/4/2008) Modified on 2/6/2008 (far, COURT STAFF). (Entered: 02/04/2008) |
| 02/04/2008 | 36 | SUPPLEMENTAL DECLARATION of Jeremy R. Fietz in Support of 17 Motion For Remand filed by Seta Saad, Christian E. Saad. (Fietz, Jeremy) (Filed on 2/4/2008) Modified on 2/6/2008 (far, COURT STAFF). (Entered: 02/04/2008) |
| 02/04/2008 | 37 | ADMINISTRATIVE MOTION to Have 17 Motion For Remand Heard filed by Seta Saad, Christian E. Saad. (Fietz, Jeremy) (Filed on 2/4/2008) Modified on 2/6/2008 (far, COURT STAFF). (Entered: 02/04/2008) |
| 02/08/2008 | 38 | NOTICE by of Withdrawal of Sara J. Romano as counsel of record Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation (Solvesson, Mia) (Filed on 2/8/2008) Modified on 2/8/2008 (far, COURT STAFF). (Entered: 02/08/2008) |
| 02/08/2008 | 39 | CERTIFICATE OF SERVICE by Guidant Corporation, Guidant Sales Corporation, Cardiac Pacemakers, Inc., Boston Scientific Corporation re 38 Notice (Other) (Solvesson, Mia) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/08/2008 | 40 | ORDER by Judge Hamilton denying 37 Motion to Reopen Case (pjhlc1, COURT STAFF) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 03/07/2008 | 41 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER (MDL No. 1708) signed for The Panel: Jeffery N. Luthi. Case transferred to the USDC, District of Minnesota (Case Number 08-570 DWF/AJB) (far, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/11/2008) |
| 03/07/2008 | | (Court only) ***Civil Case Terminated. (far, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/11/2008) |

| 03/11/2008 | 🔘42 | CLERK'S LETTER to the USDC, District of Minnesota re transfer of case. (far, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/11/2008) |